*(handwritten)* 4889 streamenbay ct Riverside CA 92505

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

JOSHUA RYAN HOOPINGARNER, Plaintiff, v. COUNTY OF RIVERSIDE; SHERIFF Chad Bianco, in his Official Capacity; and FIVE (5) JOHN DOE DEFENDANTS (1-5), in their Individual and Official Capacities, Defendants.

Case No.:

JURY TRIAL DEMANDED

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:

> FILED
> CLERK, U.S. DISTRICT COURT
>
> SEP - 8 2025
>
> CENTRAL DISTRICT OF CALIFORNIA
> EASTERN DIVISION BY DEPUTY

1. DEPRIVATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983 (EIGHTH AND FOURTEENTH AMENDMENTS)

2. MONELL LIABILITY

3. SUPERVISORY LIABILITY

---

**EDCV25-02351-ODW (SK)**

INTRODUCTION

1. This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Joshua Ryan Hoopingarner was a pre-trial detainee and inmate in the custody of the County of Riverside. During his incarceration from November 26, 2023, to April 26, 2024, Defendants, acting under color of state law, exhibited deliberate indifference to his serious medical needs by systematically denying him his prescribed psychotropic medication for over 100 consecutive days.

2. This deprivation was not an isolated failure but the direct and foreseeable result of the County of Riverside's official policies, customs, and practices—specifically, its failure to implement reforms mandated by the federal Consent Decree in Gray v. County of Riverside, Case No. 5:13-cv-00444-VAP-OP. The County's policymakers were on direct, actual notice of these systemic deficiencies, acknowledged them by entering the Decree, and acted with deliberate indifference by failing to correct them, causing Plaintiff profound and permanent injury.

JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to the claim occurred at the Cois M. Byrd Detention Facility in Murrieta, California, within the Central District.

PARTIES

1. Plaintiff JOSHUA RYAN HOOPINGARNER is a natural person who, at all relevant times, was an inmate in the custody of the Riverside County Sheriff's Department.

2. Defendant COUNTY OF RIVERSIDE is a political subdivision of the State of California and operates the Riverside County jail system, including the Cois M. Byrd Detention Facility. It is a "person" subject to suit under § 1983. It is liable for the unconstitutional policies, customs, and practices alleged herein.

3. Defendant SHERIFF Chad Bianco is the elected Sheriff of Riverside County and is sued in his Official Capacity only. He is the final policymaker for the Riverside County Sheriff's Department and the county jail system regarding inmate medical and mental health care.

4. Defendants JOHN DOES 1-5 are currently unidentified employees of the County of Riverside (e.g., medical directors, mental health supervisors, jail commanders, nurses, physicians) who, in their Individual and Official Capacities, participated in, directed,

sanctioned, or turned a blind eye to the deprivation of Plaintiff's rights. They will be named by amendment when their identities are ascertained through discovery.

FACTUAL ALLEGATIONS

The Systemic Backdrop: The Gray Consent Decree

1. On or about the date of final order, this Court entered a Consent Decree in Gray v. County of Riverside, Case No. 5:13-cv-00444-VAP-OP. A true and correct copy of relevant portions of the Order Granting Class Certification and other key documents can be provided as exhibits.

2. The Gray lawsuit detailed systemic, unconstitutional failures in the provision of medical and mental health care in Riverside County jails, including the failure to provide timely and adequate psychotropic medication.

3. The Consent Decree constitutes the official policy of the County of Riverside. It legally obligated the County to implement specific, systemic reforms to its medical and mental health care delivery systems, including creating a system to ensure the timely administration of medications.

4. The Decree served as the County's official notice and acknowledgment of its prior unconstitutional practices. Any subsequent failure to comply with the Decree is, by definition, a violation of the County's own official policy and constitutes deliberate indifference.

Plaintiff's Specific Harm

1. During a prior incarceration, Plaintiff was diagnosed by County jail medical staff with serious mental health conditions and was prescribed psychotropic medication.

2. On November 26, 2023, Plaintiff was again booked into the Cois M. Byrd Detention Facility. During intake, he informed custody and medical staff of his diagnoses and need for his prescribed psychotropic medication.

3. Despite this knowledge, Defendants failed to administer any psychotropic medication to Plaintiff for a continuous period of 100 days.

4. Desperate for treatment, Plaintiff submitted at least twenty-five (25) written requests and grievances relating to the lack of his essential medication.

5. In at least one grievance, Plaintiff explicitly stated that the denial of medication violated the terms of the Gray v. County of Riverside Consent Decree, putting the County's final policymakers on direct, actual notice that their official policy was being violated, resulting in an ongoing constitutional injury.

6. Defendants' responses to these grievances were perfunctory and dismissive, often claiming the issues were "unfounded," thereby exhibiting a conscious disregard for Plaintiff's health and safety and the Court's Order.

7. The failure to provide this medically necessary medication was a direct violation of the Gray Consent Decree's requirements for timely medication administration.

8. As a direct and proximate result of being denied his medication, Plaintiff suffered severe psychiatric decompensation, including intensified hallucinations, delusions, extreme anxiety, and a dangerous escalation of suicidal ideation. He also suffered physical injuries, including extreme sleep disturbances, malnutrition, and the development of cardiovascular problems. Plaintiff has sustained permanent cognitive damage, a complete inability to maintain social relationships or employment, and will require lifelong medical and psychological care.

COUNT I 42 U.S.C. § 1983 – DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS (Against All Defendants)

1. Plaintiff realleges and incorporates by reference all preceding paragraphs.

2. Defendants, acting under color of state law, had a duty to provide for Plaintiff's serious medical needs.

3. Plaintiff's need for psychotropic medication to treat his diagnosed mental health conditions was a serious medical need.

4. Defendants knew of and disregarded an excessive risk to Plaintiff's health by:
a. Denying his prescribed medication for over 100 days; b. Ignoring his repeated pleas for help;
c. Dismissing grievances that specifically cited the controlling Consent Decree; and
d. Maintaining customs and policies that caused this deprivation.

5. Defendants' actions and omissions constitute deliberate indifference in violation of the Eighth and Fourteenth Amendments to the U.S. Constitution.

COUNT II 42 U.S.C. § 1983 – MUNICIPAL LIABILITY (MONELL) (Against Defendant COUNTY OF RIVERSIDE)

1. Plaintiff realleges and incorporates by reference all preceding paragraphs.

2. The constitutional violations alleged in Count I were directly caused by the County of Riverside's official policies, customs, and practices, including:
a. Official Policy: The Gray Consent Decree is an official policy. The County's non-compliance with its terms is a direct violation of that policy.
b. Deliberate Indifference to Known Deficiencies: The County's policymakers were aware of the systemic failures in providing medication but failed to train staff, supervise employees, or enforce the necessary changes, demonstrating a conscious choice to ignore the problem.
c. Widespread Custom: The County's continued failure to fully implement the reforms mandated by the Gray Decree demonstrates a de facto custom of deliberate indifference that is so persistent and widespread as to constitute the "moving force" behind the constitutional violation.

3. This policy, custom, and practice was the proximate cause of Plaintiff's injuries.

COUNT III 42 U.S.C. § 1983 – SUPERVISORY LIABILITY (Against Defendant SHERIFF and JOHN DOES 1-5)

1. Plaintiff realleges and incorporates by reference all preceding paragraphs.

2. Defendants SHERIFF and JOHN DOES 1-5 are supervisors who personally participated in, directed, knew of, and acquiesced in, or turned a blind eye to the unconstitutional conduct of their subordinates.

3. These Defendants implemented, enforced, maintained, or failed to correct the policies, practices, and customs that led to the violation of Plaintiff's rights. Their own actions and deliberate indifference set in motion the series of events that resulted in the constitutional deprivation.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff JOSHUA RYAN HOOPINGARNER prays for judgment against all Defendants, jointly and severally, as follows:

1. For general and special damages according to proof at trial;

2. For compensatory damages in an amount no less than $12,500,000;

3. For punitive damages against the individually named Defendants in an amount sufficient
to punish and deter such conduct;

4. For prejudgment and post-judgment interest at the legal rate;

5. For attorneys' fees and costs of suit pursuant to 42 U.S.C. § 1988;

6. For a permanent injunction requiring the County to comply with the Gray Consent Decree
and implement a system that ensures the timely administration of medication to all
inmates;

7. For such other and further relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: 9/08/2025

Respectfully submitted,

[JOSHUA RYAN HOOPINGARNER] Pro Se

---

*Pg 1 of 5pg*   *Atint Jail Commander*   Cell #

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail       ☐ JBDC       ☐ RPDC       ☐ SCF       ☒ CBDC

From (Departe De): Joshua Hoopingarner          202345519          2-21-2024
Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)          (Número de Preso)          (Fecha)

Grievance is about (Queja):   ☐ Jail Procedures (Procedimientos de la Cárcel)   ☐ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☒ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): 2·21·2024

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I have been in custody over or Approximately 90 days
as a person with a documented MH accurate of
Med sev to Acute diagnosed with bipolar with schizo
effective disorder as well as Anx. and depr. and an
MAT prog. Participant for JMS and Riv County BHS
Records. I've submitted over 20+ grievances and 5
appeals and am still getting absolutely No medication
for proper MH or BHS services.

Inmate Signature: _____

Received by: CSG Bidot Avery          07/21/24          1830
Employee Name and ID number          Date          Time

Recommendations / Resolution:
Forwarded to Mental Health Full Review

_____
_____
_____

Supervisor: _____
Supervisor Name and ID number          Date          Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

DeGused          02/23/24          SA Bourquez          N4u4i
Inmate Signature at completion          Date          Reviewing Deputy          ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution:     White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # _____

pg 1 of 1

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☐ SCF      ☒ CBDC

**From** (Departe De): _Hoopearner_____

Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

_202348319_
Booking Number
(Número de Preso)

_1-29-2024_
Date
(Fecha)

Grievance is about (Queja): ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Cárcel)   ☒ Medical (Medico)   ☒ Mental Health (Salud Mental)

☒ Other (Otra Queja) _Legal_

Date and time of incident (Fecha y Hora de el incidente): _Ongoing and unresolved_

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_I Am still not getting any of the medication (Psychotropic_
_or otherwise) that I have been fighting and smuggling to_
_get to my avail. Also I have never been to or been_
_a single group or regular counseling or therapy_
_session during this stay or any others at this_
_facility ever. I have reached out to all walks of staff_
_within my reach and ability to the point of exasperation._
_[cont.]_

Inmate Signature: _TH_

Received by: _____
Employee Name and ID number          Date          Time

Recommendations / Resolution:

_____

_____

_____

_____

Supervisor: _____
Supervisor Name and ID number          Date          Time

Supervisor Findings:

_____

_____

_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

–Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings– (Consulta la guía de orientación interno para obtener mas información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☐ SCF      ☐ CBDC

From (Departe De): Heepinger,rver Joshua R    202348219    2-1-2024

Name (Last, First, Middle)        Booking Number        Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja):  ☐ Jail Procedures (Procedimientos de la Cárcel)   ☐ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☒ Medical (Medico)   ☒ Mental Health (Salud Mental)

☒ Other (Otra Queja) Not getting my psych Meds, Counseling, therapy or
group sessions at all.

Date and time of incident (Fecha y Hora de el Incidente): 2-1-2024    Sr. R!

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.)

I am (as of today) Still not getting any of the psych meds (psych-
otropic and others) that I have not only been fighting for
(not litteraly throwing punches but a plethora of requests
kted and several grievances later) and still not getting. More.
So, my records on file reflect I should be on these as I was
diagnosed with my condition(s) and originally perscribed
said medications at this very facility. I have to MH staff over
and over to no availe complained and
Inmate Signature: _____  still nothing. no counseling or group either

Received by: _____
Employee Name and ID number                Date              Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number                Date              Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    3-24    _____    15.245
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

-Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings- (Consulta la guía de orientación interno para obtener mas información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)



# Riverside County Sheriff's Office
## *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

**To:** Inmate Hoopingarner, Joshua 202348319                    **Date:** 3/19/24

**From:** Captain Flakes

**RE:** Grievance Appeal

---

Inmate Hoopingarner,

I have reviewed the grievance appeal you submitted to jail staff on 3/16/24, which you requested assistance in the preparation of a Petition for Writ.

I reviewed your first appeal, the original grievance, supplemental paperwork, and all other available information. I found the appeal resolution to your grievance to be detailed and reasonable. Furthermore, I agree with the findings.

I am satisfied that your concerns have been appropriately addressed and no further action is anticipated regarding this matter.

Sincerely,

Captain Flakes

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
*Please Print Clearly (Favor De Escribir Claramente)*

☐Blythe Jail    ☐JBDC    ☐RPDC    ☐ SCF    ☑CBDC

**From** *(Departe De):* _____    2023483/7    2-21-2024
Name (Last, First, Middle)      Booking Number      Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja):*   ☐Jail Procedures *(Procedimientos de la Cárcel)*   ☐Jail Conditions *(Condiciones de la Cárcel)*

☐Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☑Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):* __2·21·24__

Describe the reason for your grievance, in your own **words**. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

this is unexceptable and a direct violation
of the federal court order of the "Gray vs.
Riverside County" complyance decree. I have
struggled with my untreated conditions while being a
captive and have even requested help from our
5-cce and i to me and gives nope. I need help
and can't get t. I've even tried to get help with...

Inmate Signature: _____

Received by: _____    _____    _____
Employee Name and ID number      Date      Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number      Date      Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion      Date      Reviewing Deputy      ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☐ SCF    ☐ CBDC

**From** *(Departe De):* Hoopingaarver

2023498319    2.21.2024

Name (Last, First, Middle)    Booking Number    Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja):*    ☐ Jail Procedures *(Procedimientos de la Cárcel)*    ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*    ☐ Medical *(Medico)*    ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):* 2-21-2024

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Preparing and submitting a habeas Corpus
as a MH accuety in jail with no accmodatmon
given whatsoever I want to exercise a
rights as a Class member in "Gray vs Riverside"
and Cant even do that. This is unaceptable a
Unlawfull treatment Im suffering 90+ days new
and also hasent even had my preliminary Hearing and
In being Practically tortured WH

Inmate Signature: _____

Received by: _____
Employee Name and ID number    Date    Time
My civil liberties undermined!

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number    Date    Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # 6H 59L

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
*Please Print Clearly (Favor De Escribir Claramente)*

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☐ SCF      ☒ CBDC

**From** *(Departe De)*: Hoopinner [?] Joshua R. 2022458319   1-26-2024
 Name (Last, First, Middle)          Booking Number        Date
 *(Apellido, Nombre, Segundo Nombre)*   *(Número de Preso)*   *(Fecha)*

Grievance is about *(Queja)*:   ☒ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☒ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)* legal

Date and time of incident *(Fecha y Hora de el Incidente)*: 1-26-2024 Mid afternoon.

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Today I was called out to go up to the attorney visiting booth upstairs
above @ Prd where I am housed. I was summoned in response to
a blue kite I submitted requesting to see a social worker regarding
my struggles and turmoil in my desperate struggle to
obtain an advocate regarding my need for proper care
and lack of medication and not getting help I beg for.
My struggles are documented as best as I possibly

Inmate Signature: _____

Received by: CSFT Billmer NSLL4   1/17/24   1630
 Employee Name and ID number         Date         Time

Recommendations / Resolution:

Forwarded to mental health for review.
_____
_____
_____

Supervisor: _____
 Supervisor Name and ID number      Date        Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings *(El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)*

X_____   2-8-24   _____   45245
 Inmate Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ *(Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)*

Distribution:   White – Inmate Booking File
                Yellow – Facility Commander
                Pink – Inmate Copy
                Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Pg 12 of 1                                                        Cell # _CH532_

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
*Please Print Clearly (Favor De Escribir Claramente)*

☐ **Blythe Jail**    ☐ **JBDC**    ☐ **RPDC**    ☐ **SCF**    ☑ **CBDC**

**From** *(Departe De):* Hoopingar OPP Josh

| Name (Last, First, Middle) | Booking Number | Date |
| *(Apellido, Nombre, Segundo Nombre)* | *(Número de Preso)* | *(Fecha)* |

Grievance is about *(Queja):*   ☑ Jail Procedures *(Procedimientos de la Cárcel)*   ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☑ Other *(Otra Queja)* legal and pe sonal

Date and time of incident *(Fecha y Hora de el Incidente):* Ongo ing .... got days

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

I have requested via verbal as well as several
form 50E's for an inmate orientation guide
as well Multiple verbal and 5E5's for
the fact that I dont have a phone pin my
It is causing Me to not to risk to handle my
legal issues and needs and resuffel in both related
legal and also "personal" anguish and Damages !!!

Inmate Signature: _____  Thus far I still dhi have either.  [Ex. 1]

Received by: _____
　　　　　Employee Name and ID number                    Date                Time

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____
　　　　　Supervisor Name and ID number                    Date                Time

Supervisor Findings:

_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings *(El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)*

_____  _____  _____  _____
Inmate Signature at completion        Date        Reviewing Deputy              ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ *(Consulta la guía de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)*

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

*Appeal to Commander*    Cell # _____

Pg. 1/2

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**      ☐ **JBDC**      ☐ **RPDC**      ☐ **SCF**      ☒ **CBDC**

**From** *(Departe De)*: _Herringston John_    2023248319    3/14/2024

Name (Last, First, Middle)    Booking Number    Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja)*:    ☐ Jail Procedures *(Procedimientos de la Cárcel)*    ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*    ☐ Medical *(Medico)*    ☐ Mental Health *(Salud Mental)*

☒ Other *(Otra Queja)*    Appeal to Commander

Date and time of incident *(Fecha y Hora de el Incidente)*:    3/14/24

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

This to be considered an appeal to the Commander
regaurd as an appeal in response dated 3/14/24
from Lieutenant Lemons in reguards to an appeal
submitted on 02/7/24 pertaining to a grievance
from 2/13/24. I believe my rights to the
is being violated as to the fact that no accomad-
ations are being made to help me prepare

Inmate Signature: _____

Received by: _____    _____    _____
Employee Name and ID number    Date    Time

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number    Date    Time

Supervisor Findings:

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)



# Riverside County Sheriff's Office
*Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

**To:** Inmate Hoopingarner, Joshua 202348319

**Date:** 3/25/24

**From:** Captain Flakes

**RE:** Grievance Appeal

Inmate Hoopingarner,

I have reviewed the grievance appeal you submitted to jail staff on 3/21/24, which you claim you're not receiving adequate Medication Assisted Treatment (MAT) services.

I reviewed your first appeal, the original grievance, supplemental paperwork, and all other available information. I found the appeal resolution to your grievance to be detailed and reasonable. Furthermore, the Sheriff's Department is committed to the Memorandum of Agreement with Behavioral Health Services and supports their autonomy regarding diagnosis of illness/condition and the development of mental health treatment plans.

I am satisfied that your concerns have been appropriately addressed and no further action is anticipated regarding this matter.

Sincerely,

Captain Flakes



# Riverside County Sheriff's Office
## *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

**To:** Inmate Hoopingarner, Joshua 202348319                    **Date:** 3/20/24

**From:** Lieutenant Lemons

**RE:** Grievance Appeal

---

I have reviewed the grievance appeal you submitted to jail staff on 3/18/24. In summary, you claim you have not received adequate mental health care. Upon reviewing your case with Behavioral Health Services (BHS), I was provided the following information:

In your grievance received on 3/11/24, you stated your disapproval for the current Suboxone protocol. BHS provided the following response: You were seen by a BHS Provider on 2/29/24 to address your Suboxone concerns. Again, it was reiterated that you do not meet criteria to receive Suboxone at this time. However, as previously shared, BHS anticipates changes in the current protocol soon. You will be reevaluated to determine eligibility for Suboxone at that time.

On 3/18/24, you submitted an appeal to the response you have received numerous times referencing your request for Suboxone. BHS provided the following response to your appeal: Again, you were seen by a BHS Provider on 2/29/24 to address your Suboxone concerns. Again, it was reiterated that you do not meet criteria to receive Suboxone at this time. However, as previously shared, BHS anticipates changes in the current protocol soon. You will be reevaluated to determine eligibility for Suboxone at that time.

From all appearances, you are receiving adequate mental health attention. While it's the Sheriff's Department's goal to care for your well-being and ensure proper medical and mental health care, the Sheriff's Department is committed to the Memorandum of Agreement with Behavioral Health Services and supports their autonomy regarding diagnosis of illness/condition and the development of mental health treatment plans.

You are reminded to continue following the procedure to request medical and mental health services by submitting Inmate Health Care Requests when concerns arise. If an emergency arises, you should immediately notify the housing unit deputy. I am satisfied that your concerns have been appropriately addressed and no further action is anticipated regarding this grievance.

Sincerely,

Correctional Lieutenant Lemons



# Riverside County Sheriff's Office
### *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

**To:** Inmate Hoopingarner, Joshua 202348319     **Date:** 3/14/24

**From:** Lieutenant Lemons

**RE:** Grievance Appeal

---

I have reviewed the grievance appeal you submitted to jail staff on 3/7/24. In summary, you claim you have not received assistance in the preparation of a Petition for Writ.

In your grievance received on 2/13/24, you requested a Writ of Habeas Corpus. C. Sgt. Ferguson provided the following response: A blank Petition for Writ form was provided to inmate Hoopingarner on 2/14/24.

On 03/7/24, you submitted an appeal which you requested assistance in preparing your Petition for Writ. Per policy, department staff members shall not provide any assistance or legal advice to incarcerated persons in the preparation of a Petition of Writ.

I am satisfied that your concerns have been appropriately addressed and no further action is anticipated regarding this grievance.

Sincerely,

Correctional Lieutenant Lemons



County of Riverside
4000 Orange St.
Riverside, CA 92501

2/27/2024 4:40:17 PM PST

**Patient:**HOOPINGARNER, JOSHUA RYAN
**DOB:**8/18/1984 (Age=39)
**Housing:**SWC-GH53-GH53
**Status:**ACTIVE

**#:**202348319
**Sex:**M
**Court Date:**4/2/2024 1:30:00 PM
**Booking Date:**11/25/2023 11:48:00 PM PST

**Lang:**
**Race:**W
**Type:**
**Release:**



### Grievance

| Date Of Grievance: | Date Received: | Date of Response: | Closed |
|---|---|---|---|
| 2/26/2024 | 2/27/2024 | 2/27/2024 | |

Grievance Types:
Other

Description:
Mr. Hoopingarner has submitted two Grievances: 2/21/24 indicating "rights and liberties being violated" and 2/25/24 "no medications or proper MH or BHS Services..."

Response:
Mr. Hoopingarner, despite having submitted a three page Grievance, you have yet to identify in what manner you believe your "rights and liberties are being violated'. You are seen by BH regularly; were provided an opportunity to particpate in Group Therapy; are receiving Individual Substance Use Treatment Services; and have been seen by a psyciatrist for a medication evaluation at least twice. You do have another psychiatrist appointment pending. Regarding the latter, again, medications are prescribed at the descretion of the psychiatrist and not solely on patient preference.

Your Grievance is unfounded. Thank you.

*Gray v. County of Riverside*
**Remedial Plan**

Pursuant to the Consent Decree of November 25, 2015, the County of Riverside hereby agrees to implement the following measures to ensure the provision of constitutional health care and to ensure non-discrimination for inmates with disabilities in the Riverside County Jails as set forth in the plan.

I.    **Health care generally**

A.    **Intake screening**

1.    All inmates who are to be housed shall be screened on arrival in custody by Registered Nurses (RNs). RN screening shall take place prior to placement in jail housing. At the Blythe Jail, if RNs are not on duty at time of booking, the inmate shall be seen and screened by an RN within 14 hours of booking.

2.    Health care intake screening shall take place in a setting that ensures confidentiality of communications between nurses and individual inmates. Custody staff may maintain visual supervision but may not be close enough to overhear communication, unless security concerns based on an individualized determination of risk which includes a consideration of requests by the health care staff require that custody staff be closer at hand.

3.    The County shall revise the contents of its intake screening consistent with Dr. Gage's recommendations regarding nursing observations and suicidality and shall implement the revised procedures within one month of the date the Consent Decree is issued by the Court.

4.    The County shall establish a procedure to ensure that inmates entering the Riverside jails who are taking psychotropic medications are prescribed and offered those medications, or such medications as deemed medically

1

necessary by the facility psychiatrist, within 48 hours of booking, and shall implement the procedure within one month of the date the Consent Decree is issued by the Court.

**B.    Timely access to care**

1.    Custody and health care staff shall make health care request forms available to inmates in all housing units, dayrooms, program rooms and libraries.

2.    Locked boxes shall be placed in all housing units for inmates to submit health care request forms.  The boxes shall be readily accessible to all inmates.  The boxes shall be emptied by health care staff at least once every 24 hours.  Health care staff shall also pick up completed health care request forms directly from inmates in sheltered housing at least once every 24 hours or if an inmate does not have the opportunity to deposit the request in the locked box.  Health care staff shall collect completed health care request forms.  When institutional security prevents health care staff from entering the dayroom, custody staff may collect the request forms so long as health care staff are present, observe the collection, and receive the forms directly from the custody staff.

3.    The following procedures regarding completed health care request forms shall be followed:

(a)    Health care staff shall collect health care request forms at least once every 24 hours from every locked box.  RNs shall triage the forms the same day as collection.  Qualified mental health practitioners shall triage health care request forms that seek mental health treatment the same day as collected from the lockboxes, and within 24 hours of collection by the health care staff if hand-delivered to

2

staff.  The date and time of triage shall be recorded as documented upon entry into the EHR.

(b)    All inmates with emergency (sudden, unexpected development requiring immediate action) health care concerns shall be seen by an RN immediately upon review of the request form if not before.  All inmates with urgent concerns (where treatment may be delayed a short period of time without substantial risk of death or serious injury) shall be seen by an RN the same day the form is triaged. When a request describes a clinical symptom, a face to face encounter between the inmate and qualified health care professional at an RN level or higher shall occur within 48 hours (72 hours on weekends).

(c)    When a nurse determines follow-up is necessary, the inmate shall be referred to a physician, physician's assistant, or nurse practitioner for a face to face evaluation that takes place immediately for emergent concerns (unless the inmate has been transported from the facility for hospital or emergency room care), within 24 hours for urgent concerns (unless the inmate has been transported from the facility for hospital or emergency room care), and within 14 calendar days for routine concerns.

(d)    These procedures shall apply to medical, mental health, and dental concerns.  Dental and mental health staff shall be provided health care requests raising dental and mental health concerns in a timely manner, with routine dental care to be provided within four weeks of request, to allow compliance with these time frames.

4.    The County shall track and regularly review times for (a) collection of health care request forms; (b) triaging of health care request forms; (c)

3

nursing sick calls; and (d) clinician sick calls, to ensure that the required time frames are being met.

5. Providers may make referrals for follow-up appointments without requiring inmates to file a health care request form.

6. In cases where the inmate requires an accommodation to assist in completing a health care request form, health care staff shall provide writing assistance to inmates on request.

7. When inmates alert staff to medical or psychiatric emergencies either for themselves or another inmate ("man down"), the inmate shall be seen in person or interviewed over the telephone by health care staff at an RN level or higher as soon as possible.

8. With the exception of telemedicine appointments, all nursing sick call and provider encounters shall occur in a room with an examination table, sink, proper lighting, proper equipment, and with a medical record or medical record access. All such encounters shall take place in confidential settings, where staff and patients communications cannot be overheard by custody staff or other inmates, unless security concerns prohibit health care staff from being alone with an inmate due to a documented record of threats, intimidation or violence toward staff or other inmates or an individualized determination of risk which includes a consideration of requests by the health care staff. All telemedicine appointments shall occur in a room with the appropriate equipment and space for the patient and health care staff at the jail, as well as any needed computer or records access. The same confidentiality provisions shall apply.

4

**C.    Medication administration**

1.    The County shall provide pill call twice a day in each housing unit, at regular times that are consistent from day to day, except as may be required by non-routine facility security concerns.  The County shall develop and implement policies and procedures to ensure that prescribed medications are provided at therapeutically appropriate times as determined by the ordering physician.  Any inmate who requires administration of medications at times outside the regular pill call shall be provided that medication at the times determined by the ordering physician.

2.    The County shall develop and implement policies and procedures to ensure that inmates are provided medications at therapeutically appropriate times when out to court, in transit to or from any outside appointment, or being transferred between facilities.   If administration time occurs when an inmate is in court, in transit or at an outside appointment, medication will be administered as close as possible to the regular administration time.  When the administration is identified as an allowable keep on person medication, the medication shall be given to the inmate for self-administration at the appropriate time.

3.    The County shall develop and implement policies and procedures to ensure that medication efficacy and side effects are monitored by staff and reviewed by appropriate clinicians at appropriate intervals.

4.    The County shall explore the expansion of its Keep on Person (KOP) medication program.

**5.**    Prescriptions are filled by the Riverside University Medical Center (RUMC) pharmacy on weekdays.  In addition, every jail shall maintain a stock supply of medications, as determined by the Medical Director and the Pharmacy and consistent with California State Board of Pharmacy

5

regulations for newly arrived patients or missed deliveries.  Where
normally established medication delivery times would compromise the
medical care of the inmate, staff shall call the RUMC pharmacy emergency
call line to obtain medications by the following day.

**D.    Confidentiality**

1.    The County shall develop and implement policies and procedures to ensure
that appropriate confidentiality is maintained for health care services.  The
policies shall ensure confidentiality for clinical encounters, including health
care intake screening, pill call, nursing and provider sick call, specialty
appointments, and mental health treatment.  The policies shall also ensure
confidentiality for written health care documents, such as health care needs
requests, grievances raising medical care or mental health care concerns,
and health care records.

2.    The Sheriff's Department is responsible for tracking the filing and
disposition of inmate grievances, medical or otherwise. Appropriately
trained custody staff who are subject to the same patient confidentiality
requirements shall process medical and mental health grievances.

3.    The County will no longer affix a label to doors of holding cells that
indicates mental health status of inmates held inside (such as "PSYCH");
instead, the County will use wristbands, covered clipboards, or other means
of identification that are accessible to appropriate staff on a need-to-know
basis but not readily discernable to others.

**E.    Health care records**

1.    The County shall provide an Electronic Health Record System which
allows mental health and medical staff to view the medical and mental

6

health information about each patient in a single record. This shall be accomplished within 12 months of the date the Consent Decree is issued by the Court.

2.     Until such a system is implemented, the County shall develop and implement policies and procedures to ensure that medical staff have access to mental health information and mental health staff have access to medical information, as needed to perform their clinical duties. Medical and mental health staff shall be trained in these policies and procedures within one month of the date the Consent Decree is issued by the Court.

3.     The County shall develop and implement policies and procedures to monitor the deployment of the CHS Electronic Health Records to ensure the records system is modified, maintained, and improved as needed on an ongoing basis, including ongoing information technology support for the network infrastructure and end users.

**F.     Staffing**

1.     The County shall provide and maintain sufficient staff to execute the health care components of the Remedial Plan. At least 90% of each medical and mental health care staffing category set forth in Exhibit A shall be filled, with staff attending work (and not on leave or otherwise not regularly attending work) within 12 months of the date the Consent Decree is issued by the Court. The County shall take such steps as are needed to fill these positions.

2.     All health care staff shall provide community standard of care in their respective roles. Primary care physicians hired from the date of the issuance of the Consent Decree shall be Board certified or Board eligible in either Internal Medicine or Family Medicine or Emergency Medicine. Any

7

primary care physician currently working in the jails at the time the Consent Decree is issued will have three years from that date to become Board certified or eligible in one of those practice areas. As of three years from the date of the issuance of the Consent Decree, all physicians working in the jails shall be Board certified or eligible in one of those three practice areas. For the duration of the employment of any physicians who are neither Board certified nor Board eligible in those three practice areas, the Medical Director will provide quarterly supervision.

3. The County shall annually reassess its medical and mental health care staffing to ensure that it employs sufficient staff necessary to provide adequate medical and mental health care and supervision. The annual assessments shall review all categories of health care staff, including but not limited to the following: medical providers (physicians, physicians' assistants, and nurse practitioners), psychiatrists, clinical therapists, registered nurses, licensed vocational nurses, nurse supervisors, health care records clerks and technical support staff. The assessment shall include a review of key measures such as compliance with chronic care guidelines, sick call triage, medication refusals, delays in prescription renewals, compliance with daily pill call policies, and wait times to see nurses and providers. If any category is filled at less than 90%, the assessment shall review the hiring and retention process to ensure that appropriate steps are in place so as to fill the positions. If any category has been filled at less than 80% for three or more consecutive months, the County will take all steps required to fill the vacancies within 12 months, included, if required, adjustments to compensation. Pending hiring of permanent staff, the County shall take all necessary steps to fill the vacancies with temporary staff so that the category is filled at 80% or higher within three months.

8

4.   The County shall employ adequate numbers of custody staff to assist with medication administration and the movement of inmates to receive health care services.  Custody staff performing health care functions shall be included in the annual assessment.

**G.    Custodial environment**

1.   It is the intent of the County to provide inmates with as much dayroom time as is consistent with institutional safety and security.  Under ordinary circumstances, dayroom time will begin no later than 8 a.m. and conclude at 11 p.m., except for cell returns or for unusual occurrences such as a group disturbance or institutional emergency that require temporary suspension of dayroom access that shall last only so long as needed to ensure safety and security, as determined by the appropriate supervisor.

2.   Inmates shall be offered time in the recreation area at least two times each week for at least 1.5 hours at a time unless there are unusual occurrences such as a group disturbance or institutional emergency that require temporary suspension of recreation access that shall last only so long as needed to ensure safety and security, as determined by the appropriate supervisor.

3.   The County shall develop and implement training to help custody staff identify inmates who self-isolate in order to refer such inmates, along with those who have recently received lengthy sentences, to mental health staff.

4.   Inmates shall be classified according to the Sheriff's Department's corrections classification policy.  The County shall not place inmates in more restrictive custody solely because they use assistive devices, or have a mental illness or other disability.

9

5. Inmates who are receiving mental health services and are housed in administrative segregation shall be evaluated daily by mental health staff at the clinical therapist level or higher. Any inmate not already receiving mental health services who is classified, at time of booking or at any later re-classification, to administrative segregation shall be referred forthwith to mental health services and evaluated by mental health services at the clinical therapist level or higher within 48 hours of housing. Any inmate so classified who is receiving prescription medications will receive those medications from medical staff at the cell in lieu of dayroom pill call. Any inmate who reports or demonstrates decompensation or distress shall be seen by the appropriate clinician within 24 hours, who shall confer with custody staff (medical liaison lieutenant, or facility commander or his/her designee) to determine if alterations to the inmate's placement and living conditions are appropriate. Assignment to administrative segregation will be re-evaluated every 30 days.



## II.  Medical care

### A.  Chronic care



1. Within three months of the date the Consent Decree is issued by the Court, the County shall develop and implement a chronic disease management program that is consistent with national clinical practice guidelines. The chronic disease program will include procedures for the identification and monitoring of such inmates and the establishment and implementation of treatment plans consistent with national clinical practice guidelines.



2. Inmates who take medications for their chronic conditions shall have the medications automatically renewed unless the provider determines that it is necessary to see the inmate before renewing the medication. In that case,

10

the inmate shall be scheduled to be seen in a reasonable time period to allow medication continuity.

3.    The County shall track compliance with the chronic disease management program requirements for timely provision of appointments, procedures, and medications.

**B.    Specialty care**

1.    Within three months of the date the Consent Decree is issued by the Court, the County shall develop and implement policies and procedures to ensure that emergency consultations and procedures, as determined by the medical provider, are provided immediately; high priority consultations and procedures, as determined by the medical provider, are provided within 21 calendar days of the date of the referral; and routine consultations and procedures, as determined by the medical provider, are provided within 90 calendar days of the date of the referral.

2.    Inmates whose routine specialty consultation or procedure exceeds 90 calendar days from the date of the referral shall be examined by a clinician monthly and evaluated to determine if urgent specialty care is indicated.

3.    Within five calendar days of the completion of a high priority specialty consultation or procedure or within 14 calendar days of a routine specialty consultation or procedure, inmates returning to the Riverside jails shall have their specialty reports and follow up recommendations reviewed by a jail nurse practitioner, physician's assistant or physician.  A nurse, nurse practitioner, physician's assistant or physician will review this information with the inmate within 14 calendar days of the receipt of the results.

4.    Specialty care consultations shall be tracked in a log that identifies the consultation request date, the date the consultation was sent to the specialty

11

care provider, the date the consultation is scheduled, the date the appointment takes place, and, if the appointment is rescheduled or canceled, the reason it was rescheduled or canceled.

5. Requests for specialty consultations shall also be tracked to determine the length of time it takes to grant or deny the requests and the circumstances and reasons for denials. At least twice a year, the County shall review the specialty consultation log to determine whether such care is provided in a reasonable time frame. If any specialty area has a record of untimely appointments as determined by the Correctional Health Service Continuous Quality Improvement Committee, the County shall explore alternative providers.

**C.    Utilization management**

1. The County shall implement a system for utilization management to track any request or recommendation for medical care that is not provided. The decision to refuse specialty care, specialized treatment or non-formulary medication shall be made by the Administrator of Correctional Health Services in conjunction with the Medical Director of Correctional Health Care and the Medical Director of Riverside University Medical Center.

2. The County shall implement an institutional decision-making process, to ensure that any refusal of specialty care, specialized treatment, or non-formulary medication is made by the Administrator of Correctional Health Services in conjunction with the Medical Director of Correctional Health Care and the RUMC Medical Director.

12

**D.    Continuous quality improvement program**

1.    Clinicians (physicians, physicians' assistants, and nurse practitioners) shall be evaluated annually by peer review, and nurses shall be evaluated annually by their supervisors.

2.    A Quality Improvement Committee that includes the Correctional Health Service Administrator and Medical Director, a mental health representative, a registered nurse, a pharmacy representative, and a Sheriff's Department representative shall meet quarterly for the purpose of systematically monitoring, analyzing and improving processes and the quality of medical care.

3.    Each quarter, the Quality Improvement Committee shall monitor several of the following processes of care, ensuring that all are reviewed at least annually, and that appropriate corrective action is recommended for all deficiencies:

(a)    Number of intake screenings performed and number of inmates who did not receive intake screening prior to housing;

(b)    Number of health needs requests submitted monthly, number triaged the same day as collection, number of emergent conditions, number of emergent conditions seen immediately, number of urgent conditions, number of urgent conditions seen the same day the form is triaged, number who received visits with providers within 14 calendar days of receipt of the form, and number of "man down" situations responded to;

(c)    Triage decisions: the number of inmates indicating a clinical symptom in their health care request that were not seen by an RN in 48 hours/72 hours on weekends;

13



(d)    The percent of inmates who did not receive their first dose of essential medication as determined by the medical provider within 24 hours of prescription;

(e)    The percentage of inmates with medication lapses due to untimely renewals;



(f)    The number of inmates verified as already on psychotropic medications at booking who do not receive their medications within 48 hours of a physician or psychiatric prescription order during intake (or, if a physician or psychiatrist does not order such medications during intake, who were not seen by the physician or psychiatrist within 24 hours of booking);



(g)    The number of inmates who claim to be taking psychotropic medications at the time of booking for whom staff did not take reasonable steps to verify the prescription as set forth in Section III.A.2;



(h)    The length of time from initial clinician referral to completion of specialty appointment by service;

(i)    The number of inmates with chronic illnesses who did not receive their medications as determined by the medical provider within a day of the physician or psychiatrist's medication order;



(j)    The number of inmates with chronic illnesses who did not receive a history and physical examination by a registered nurse, physician's assistant, nurse practitioner or physician within two weeks of intake;

(k)    Grievances over health care complaints and institutional responses;

(l)    Court orders for health care and institutional responses.

4.    The Administrator shall ensure that any corrective action recommended by the Quality Improvement Committee is implemented and completed within

14

30 days of the report making such recommendations, unless there are extenuating circumstances preventing implementation and completion within such timeframe in which case it shall occur as soon as reasonably practical.

**E.     Treatment space**

1.     The County shall provide adequate clinical space in every facility to support clinical operations while also securing appropriate privacy for patients.

2.     Adequate clinical space includes the space needed reasonably to perform clinical functions as well as an examination table, sink, proper lighting, proper equipment, and access to health care records.

**F.     Reviews of in-custody deaths**

1.     Preliminary reviews of in-custody deaths shall take place within 30 days of the death and shall include a written report of the circumstances and events leading to the death, with the goal to identify and remedy preventable causes of death and any other potentially systematic problems.

2.     Mortality reviews shall include detailed assessment of events occurring prior to the death, an analysis of any acts or omissions by any staff or inmates which might have contributed to the death, and the identification of problems for which corrective action should be undertaken.

3.     Psychological autopsies shall be part of all reviews involving any suspected death by suicide.

**III.     <u>Mental health care</u>**

    **A.     Treatment**

15

1.    Within six months of the date the Consent Decree is issued by the Court, the County shall develop and implement a Mental Health Program Guide that conforms to contemporary community standards of care, setting forth a system of treatment to include thorough assessments and structured treatment, including face-to-face clinical contacts, group therapy, and individualized courses of therapy as clinically indicated.  The Program Guide shall address treatment for inmates in the designated mental health housing units as well as outside those units.

2.    The County shall ensure that all inmates who enter the Riverside jails who are verified as currently on psychiatric medications are offered such medications within 48 hours of booking or, if the physician chooses not to order the medication, shall be seen by a physician or psychiatrist within 24 hours of booking.  Staff shall take reasonable steps to verify current prescriptions during intake through the County's electronic mental health records, telephone calls to pharmacies or practitioners, or paper prescriptions provided by inmates or their families at booking.  If the prescription is verified, the medications shall be offered immediately on issuance of the order, so long as they are available in the jail's stock supply, or within 48 hours if they must be ordered.  Inmates who receive such "bridge medications" shall receive a face-to-face evaluation with a psychiatrist within seven days of initiation of the medication.

3.    For inmates on psychotropic medications, follow-up face-to-face evaluations with a psychiatrist (either in person or through telemedicine) shall occur as needed, but within 30 days following the initial visit.  Subsequent face-to-face evaluations by the psychiatrist shall occur as needed, but at intervals of no more than 90 days.

**B.**    **Housing**

1.    The County shall house inmates with serious mental illness in one of the units designated for such housing.  Those units shall not place restrictions on inmate movement and programming solely due to their mental illness; custodial functions shall be consistent with the inmates' classification levels.

2.    The units designated for inmates with serious mental illness shall provide programming and structured activities appropriate for the acuity of the mental health needs and capabilities of the inmates as well as standard of care in the community.  Inmates in these units shall be provided with the maximum out-of-cell time possible, consistent with institutional safety and security.

3.    The County shall develop and implement policies and procedures to ensure clinical input prior to custodial transfers of mentally ill inmates.  In particular, the County shall not transfer inmates determined to be mentally ill to or from a mental health housing unit unless mental health clinical staff have been consulted to determine whether the transfer is therapeutically indicated and would not be detrimental to the mental health of the inmate. Unless the transfer is an emergency, the procedures shall ensure that clinicians will be consulted in adequate time to ensure that any conflicting recommendations may be resolved through (a) consultation between clinical staff and the facility commander or his/her designee for transfers between housing units in the same facility, or (b) a DMH supervisor along with the facility commander or his/her designee from the sending facility for transfers between facilities.

**C.    Treatment space**

1.    The County shall provide adequate clinical space in every facility to support mental health clinical operations while also securing appropriate privacy for patients.

2.    Adequate clinical space includes the space needed reasonably to perform mental health treatment functions, including individual and group face-to-face encounters as well as access to health care records.  Adequate space for telemedicine purposes requires a confidential space with adequate lighting for the patient and on-site health care staff to reasonably sit and view the screen and any necessary records access.

**D.    Suicide prevention**

1.    Within one month of the date the Consent Decree is issued by the Court, the County shall develop and implement policies and procedures to allow step-downs for inmates placed in safety cells because of potentially self-harming behavior.  The step-down program shall gradually add property and privileges and programming consistent with clinical assessment of a inmate's condition, with the intent to minimize the time spent in the safety cells under conditions of total deprivation of property and programming.  Consistent with NCCHC standards, seclusion for clinical reasons shall last no more than 12 hours.

2.    Within one month of the date the Consent Decree is issued by the Court, the County shall develop and implement policies and procedures to ensure that inmates who are awaiting transfer to RUMC due to their serious risk of self-harm are provided treatment and attention consistent with that determination pending transfer.  Such treatment shall be determined by mental health clinicians, but may include one-on-one observation.

18

3. The County shall develop and implement policies and procedures to ensure continuous health care monitoring of inmates in restraints consistent with NCCHC standards.

4. Safety cells and restraint chairs shall be cleaned and sanitized thoroughly on a regular basis. Inmates in safety cells shall be offered meals three times a day and water at least every two hours. They shall be provided with all prescribed medications. These contacts shall be logged. Custody supervisors will regularly inspect the cells and safety cell logs. Custody and clinical staff shall question inmates in the safety cells to check the accuracy of the logs and the welfare of the inmates. The results of these inspections shall be recorded and reviewed at least weekly by a lieutenant.

5. Clinicians evaluating inmates in safety cells or restraint chairs or providing services shall speak to them face to face, and not through a closed door, except where the likelihood of violence by the inmate warrants.

6. Within one month of the date the Consent Decree is issued by the Court, the County shall develop and implement policies and procedures to screen inmates returning from court after the imposition of life or extremely lengthy sentences or the death penalty to determine the need for enhanced supervision or mental health services.

**E.    Continuity of care**

1. The County shall provide continuity of care from admission to transfer or discharge from the facility, including referral to community-based providers when determined by the medical provider.

2. The County shall provide discharge planning for sentenced inmates with serious mental health disorders, connecting such inmates to community health care providers, community social services, community-based

housing, and/or appropriate services according to the inmate's need. The same services will be provided to unsentenced inmates provided adequate time is available prior to a legally mandated release.

3.  The County shall develop and implement a system that allows inmates who are prescribed psychiatric medications to discharge from custody with a supply of medications or have access to these medications as soon as possible following their release from jail.

## IV.  **Disability Accommodations**

1.  Inmates with mobility impairments shall not be placed, solely due to their disability or use of assistive devices, in locations with fewer privileges, less programming, or more restrictions on movement, property, or activities than they would experience if housed based on factors unrelated to their disability or use of assistive devices.  This requirement shall not prevent the County from placing in sheltered housing disabled inmates who are unable to attend to their basic daily living needs (such as eating and personal hygiene) without assistance.

2.  The County shall not deny disabled inmates reasonable accommodations for their disabilities, such as special shoes or mattresses, due to custodial restrictions, so long as the accommodations are recommended or approved by the treating clinician.  If the medical/mental health care liaison lieutenant determines that there are safety and security concerns regarding the specific accommodation recommended for an individual inmate, he or she shall consult with the Medical Director and Administrator of Correctional Health Services to determine a resolution that provides the inmate with a reasonable accommodation that does not compromise institution safety and security.

20

3.    An inmate who arrives at the jail with an assistive device shall be allowed to retain the device, or shall be provided with a jail-issued equivalent device, so long as it does not constitute an immediate risk of bodily harm or threaten the security of the facility based on an individualized assessment, unless a jail physician documents that the device is not medically necessary or reasonable to allow equal access to jail programs, services, or activities. Inmates shall not be punished or restricted from specific accommodations based on the actions of other inmates.

4.    The County shall provide assistive devices prescribed by a jail physician to inmates as soon as reasonably practical, so long as the device does not constitute an immediate risk of bodily harm to inmates or staff, or threaten the security of the facility.

5.    The medical/mental health liaison lieutenant shall be responsible for determining if an assistive device constitutes an immediate risk of bodily harm or threatens the security of the facility. If the health care lieutenant makes such a determination, custody staff shall consult with medical staff to determine an appropriate alternative accommodation that shall be provided. Assistive devices shall not be confiscated if another inmate is the source of the security threat.

## V.    Policies and Procedures

1.    The County's policies and procedures shall be revised, as necessary, to reflect all of the health care remedial measures described in the Remedial Plan, and the County shall deliver healthcare pursuant to these revised policies and procedures. Unless otherwise indicated herein, the policies and procedures shall be revised by six months from the date the Consent

Decree is issued by the Court and implemented by nine months from the date the Consent Decree is issued by the Court.

2. The Sheriff's Department shall develop and implement such new policies and procedures as are needed to comply with the provisions of this Remedial Plan, including but not limited to the implementation of proper policies, procedures, and corrective action plans to address problems uncovered during the course of quality assurance review activities.

3. Upon Court approval of the Consent Decree, appropriate training shall be formulated and conducted with all staff regarding the requirements of the Consent Decree and Remedial Plan, as well as changes to policies and procedures. Unless otherwise indicated herein, this training shall be completed by nine months from the date the Consent Decree is issued by the Court

4. The County will provide a budget for correctional health care services sufficient to finance adequate health care and custody staff to comply with this Remedial Plan.



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:43 AM PST

# BEHAVIORAL HEALTH PROGRESS NOTE - Completed by: ████████ , CT I on 11/11/2021 11:10:35 AM PST

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

**Current Allergies**

No Known Drug Allergy

**Current Medical Conditions:**

Moderately Severe, MAT, General Population, DGN10 F31.9 Bipolar disorder, unspecified, Behavioral Health Services, Asthma

- ○ Emergent
- ○ Urgent
- ● Routine
- ○ Refused
- ○ DCU
- ○ Discharge Planning

**Date of Service:** 11/11/2021

**Service Program:** Presley

**Service Charge Code:** 369NB - MH Individual

**Service to Client:** 0 hrs. 20 minutes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service Charge Code:

Service to Client: hrs. minutes

Add additional service code?

☐ Yes
☐ No

Prep Time: hrs. minutes

Wait Time: hrs. minutes

Documentation Time: 0 hrs. 10 minutes

Total Time Billed: 0 hour 30 minutes

Service Provided in Language Other Than English?

☐ Yes
☑ No

Language Service Provided in:

# RISK INDICATORS

## Current Risk Indicators at Time of Interview:

☐ None observed or reported    ☐ DTO    ☐ Grave Disability
☐ Self Harm    ☐ Suicidal

Describe Risk Indicators:

Unable to assess. Consumer refused to participate.

Cell Conditions (clean, unkept, etc): ☐ N/A

Clean.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## Thought Process

- ☐ Circumstantial
- ☐ Incoherent
- ☐ Flight of Ideas
- ☐ Illogical

- ☑ Normal/Goal Directed
- ☐ Dissociation
- ☐ Rambling

- ☐ Blocking
- ☐ Loose Associations
- ☐ Tangential

## Thought Content

- ☑ Obsessions/Preoccupations
- ☐ Excessive Guild
- ☐ Phobias

- ☐ Ideas of Reference
- ☐ Delusions

- ☐ Thought Broadcasting
- ☐ Hallucinations

## Cognition

- ☑ Oriented/Alert
- ☐ Distracted

- ☐ Impaired

- ☐ Able to Concentrate

## Judgement/Insight

- ◉ WNL
- ○ Impaired
- ○ Poor/Nil

Describe:

## RISK INDICATORS

## Current Risk Indicators at Time of Interview:

- ☑ None observed or reported
- ☐ Running Away

- ☐ DTO
- ☐ Self Mutilation

- ☐ Grave Disability
- ☐ Suicidal

Current Allergies

No Known Drug Allergy

## Medication Treatment Efficacy / Medical Update / Risk Indicators

CURRENT MEDICATIONS

Benztropine Mesylate Oral 1 MG (QTY: 1) (QHS: 2000) 11/29/2021 - 1/27/2022

busPIRone HCl Oral 15 MG (QTY: 1) (TID: 0800 1300 2000) 11/29/2021 - 1/27/2022

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Mirtazapine Oral 30 MG (QTY: 1) (QHS: 2000) 11/29/2021 - 1/27/2022

OLANZapine Oral 20 MG (QTY: 1) (QHS: 2000) 11/29/2021 - 1/27/2022

Ventolin HFA Inhalation 90 MCG/ACT (QTY: 2) PRN (QID: 0700 1300 1900 2200) 11/9/2021 - 12/8/2021

Risk Indicator Details/Actions Taken (if selected above):

Medication Adherence:

YES

Side Effects:

NO

Medication Response:

FAIR

Renew/change medication [ View ]

Medication Care Plan [ View ]

Physical Health:

Reviewed Lab Results with Client (describe):

☐ Yes
☐ No
☑ NA

## Assessment of Medication Efficacy (If other, describe below):

○ Stable
◉ Symptomatic but stable
○ Non-Adherent
○ Adherent but not responsive
○ Too soon to address medication efficacy

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:40 AM PST

# MEDICATION PROGRESS NOTE - Completed by:

███ Psychiatrist IV on 11/29/2021 4:21:21 PM PST

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | ███ |
|----------|---------------------------|-----|-----------|-------|-----|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ███ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

## Face-to-Face w/in 24 Hrs

○ Yes
○ No
● Face-to-face w/Sound Privacy
○ Face-to-face, not private

Current Medical Conditions:

Moderately Severe, MAT, General Population, DGN10 F31.9 Bipolar disorder, unspecified, Behavioral Health Services, Asthma

Date of Service: 11/29/2021

Bridge Medications Services

☐ Yes
☑ No

Service Program: Presley

Service Charge Code: 453NB - Medication Services

Service Provided in Language Other Than English?

☐ Yes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☑ No

Collateral (Family, friends, etc. involved):

Service to Client:  hrs. 27 minutes

Documentation:  hrs. 14 minutes

Total Time Billed: 0 hour 41 minutes

## TARGET SYMPTOMS / IMPROVEMENTS / STRENGTHS

Review of Target Symptoms:

MOOD IRRITABILITY, ANGER, SLEEP PROBLEMS, THOUGHT CONFUSION, PARANOIA, A/H, DEPRESSION, ANXIEYTY

REFUSED TO COME TO BOOTH. SO SEEN AT DOOR. REFUSED ROUTINE LABS. SAID, I AM FINE, CONTINUE MY MEDS. EDUCAITON DONE, HE SIGNED CONSENT ALREADY. ABOVE SYMPTOMS GET LESS. MEDS ARE CONTINUED FOR BENEFITS OUTWEIGH RISKS OF EG 5150

Current Status/Improvements Since Last Visit:

Note Addresses Which Goal:

## MSE
## Appearance

☐ Other                    ☑ Appropriate              ☐ Neat
☐ Bizarre                  ☐ Disheveled               ☐ Appropriate for Age

## Mood

☐ Other                    ☑ Appropriate              ☐ Anxious
☐ Depressed                ☐ Angry                    ☐ Sad

## Affect

☐ Other                    ☐ Appropriate              ☐ Inappropriate
☑ Flat                     ☐ Labile                   ☐ Blunted
☐ Bright                   ☐ Incongruent

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #6:

☐ Goal #7:

☐ Goal #8:

Notes:

Service Linkage to (if applicable):

Purpose of Service: CT prepared to meet the client for his routine follow up.

Staff Interventions/Client Response: CT prepared to meet with the client for his routine follow up. The CT went to the 5th floor to meet with the client for his routine follow up. However, the client refuse to meet with the CT. The client is consistent with his psychotropic medication. The last visit with the psychiatrist was on 11/29/21. CT obtain refusal form by the client.

Outcome/Plan: CT will reschedule client within the next three weeks.

Additional Notes:

# RECOMMENDATION

Most recent MH Screening  [ View ]

Client Care Plan  [ View ]

Modify Appointments  [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

⦿ Complete Scheduled Sick Call

Available Sick Calls:

Behavioral Health – CT

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:54 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ███████████ , Behavioral Health Services Supervisor on 8/16/2023 5:11:16 PM PDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W |
| **Housing:** | ███████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | |
| **Status:** | ACTIVE | | | | |

## MH Acuity Level

- ☐ Acute
- ☑ Severe
- ☐ Stepdown to Moderate (from HLOC)
- ☐ Moderate
- ☐ Mild
- ☐ None

## Clinical Recommendations

Given consumer's elevated mood and agitation, active withdrawals from opioides, recent Safety Cell plaement for DTO, and unwilligness to engage for TS x 3 days, and , this clinician is recommending consumer be rated SVR and be placed in AMHH Housing w/ monitored cell.

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:54 AM PST

# BH HOUSING ASSIGNMENT - Completed by: 

███ Behavioral Health Services Supervisor on 8/16/2023 5:11:16 PM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

- [x] New Acuity
- [ ] Lengthy Sentence Response
- [ ] Safety Cell Placement
- [ ] Rehousing Request
- [ ] Cleared to House
- [x] Monitored Cell

## MH Acuity Level (from BH - MENTAL HEALTH ACUITY LEVEL form OR Patient Flags):

- [ ] Acute
- [x] Severe
- [ ] Stepdown to Moderate (from HLOC)
- [ ] Moderate
- [ ] Mild
- [ ] None

Comments:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:46 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ██████████ , CT II on 9/1/2023 9:34:47 PM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

## MH Acuity Level

- ☐ Acute
- ☐ Severe
- ☐ Stepdown to Moderate (from HLOC)
- ☑ Moderate
- ☐ Mild
- ☐ None

### Clinical Recommendations

MODERATE: Client denied MH distress/ hx; stable presentation. Recent safety cell in 8/2023 for DTO. Per Techcare: past rating of acute, mild, mod, modsevere, severe; hx of bipolar dx, psych meds hx, most recent in 2022. Per ELMR: 3 episodes in 2018-2021; no dx.

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:48 AM PST

# BEHAVIORAL HEALTH PROGRESS NOTE

- Completed by: ███████ , BHS II on 8/29/2023 1:45:53 PM PDT



| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

**Current Allergies**

No Known Drug Allergy

**Current Medical Conditions:**

Protective Custody, Moderate, MAT, Lower Tier, Lower Bunk, Behavioral Health Services, Asthma

○ Emergent
○ Urgent
● Routine
○ Refused
○ DCU
○ Discharge Planning

Date of Service: 8/29/2023

Service Program: CBDC

Service Charge Code: 529NB - MH Case Management

Service to Client: hrs. 10 minutes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:43 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ███████ , CT II on 9/17/2023 1:27:45 AM PDT

| | | | | | |
|---|---|---|---|---|---|
| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | ██████ |
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ██████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

## MH Acuity Level

- [ ] Acute
- [ ] Severe
- [ ] Stepdown to Moderate (from HLOC)
- [x] Moderate
- [ ] Mild
- [ ] None

### Clinical Recommendations

MODERATE: Client presented somewhat irritable; DNR submitted. Client endorsed SU and accepted MAT Program. Recent safety cell in 8/2023 for DTO. Per Techcare: past rating of acute, mild, mod, modsevere, severe; hx of bipolar dx, psych meds hx, most recent in 2022. Per ELMR: 3 episodes in 2018-2021; no dx.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:44 AM PST

# BH HOUSING ASSIGNMENT - Completed by: ███████ ,

CT II on 9/17/2023 1:27:45 AM PDT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

- [x] New Acuity
- [ ] Lengthy Sentence Response
- [ ] Safety Cell Placement
- [ ] Rehousing Request
- [ ] Cleared to House
- [ ] Monitored Cell

## MH Acuity Level (from BH - MENTAL HEALTH ACUITY LEVEL form OR Patient Flags):

- [ ] Acute
- [ ] Severe
- [ ] Stepdown to Moderate (from HLOC)
- [x] Moderate
- [ ] Mild
- [ ] None

Comments:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Consumer denied.

## Receiving screen response:

☑ 28) Have a history of a serious head injury or seizure?

## Describe injury or seizure history including age of onset an last event:

Consumer denied.

☑ 29) Current psychotropic medication (taking and prescribed)

Current Psychotropic Medications:

☑ Yes

☐ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

## 30) Homeless at time of Booking?

● Yes
○ No
○ Refused to Answer

## 31) U.S. Veteran

○ Yes
● No
○ Refused to Answer

## 32) Education

Some College

## DISPOSITION/TREATMENT PLAN - Select and document all that apply

☐ Mental Health appointment needed

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## Housing Assignment:

○ General Population
○ Segregation/Confinement
○ Psychiatric
● Other

## Other Housing Assignment Notes:

Rating: None; Re: No BH sxs reported or observed at the time of the screening. Consumer expressed self in a clear and linear manner. No distress noted. Is a transfer from CDCR with Rx of Suboxone. Bridge process initiated and enrolled in MAT. Per chart review, historical dx of illness unspecified, prior MSV and MOD ratings.

## Discharge Planning:

☑ Outpatient Mental Health    ☑ Drug/Alcohol Treatment    ☐ Housing Assistance
☐ SSI/SSDI Assistance    ☐ Resource Info Packet    ☐ Other

Discharge needs reviewed with inmate?

☑ Yes
☐ No

Do you currently receive or have you ever received SSI and/or SSDI?

☐ Yes
☑ No

## What was the last month and year that you received benefits?

Month: Year:

## Substance Abuse Treatment(s)

☐ SAPT (Substance Abuse Preventative Treatment)
☑ MAT (Medicated Assistant Treatment)

Would you like to set the MAT Flag?

☑ Yes
☐ No

☑ BH-Mental Health Acuity Level

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

KITE "Inmate on COW/CIWA monitoring refer to BHS for MAT evaluation.... pt admits to using fentanyl while here in jail-requesting to talk to md about MAT program and suboxone- pt uses 1.5 gms fentanyl weekly last used wed pm".

APPEARANCE: well nourished; BEHAVIOR: normal, cooperative, medication seeking, demanding; EYE CONTACT: intermittent; SPEECH: normal rate and rhythm; MOOD: alright; AFFECT: blunted; THOUGHT PROCESS: logical, perseverated on medications; THOUGHT CONTENT: denies suicidal ideations, homicidal ideations; PERCEPTUAL DISTURBANCES: denies auditory or visual hallucinations; DELUSIONS: denies delusional thoughts or paranoia; IMPULSE CONTROL: unimpaired; JUDGEMENT: unimpaired; INSIGHT: fair

Reviewed TechCare and JIMS. CT met client in confidential session. Discussed limits of confidentiality, purpose of session, and status as a mandated reporter. Service to Time includes face to face session, access to client, and chart review.

Per CT note 11/26/2023, "ELMR: Detention x3, TechCare: Assessment 9-22-23, Opioid Dependency Meds per Techcare: Remeron, Buspar, Zyprexa, Safety Cell Aug 2023".

Bridged medication note 09/22/2023 – Suboxine 8mg, once while at hospital, Riverside Community Hospital 08/17/2023. He perseverated on Suboxine and threatened to file a grievance if he does not get it.

He is not showing any current symptoms of mental health illness. He denies any feelings of depression, anxiety, or psychotic symptoms.

Denied any outpatient mental health services in the community.

Denied any psychiatric hospitalization.

Denied history of suicide.

Denied mental health in family.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:19 AM PST

# BH ADULT ASSESSMENT V2  - Completed by:

███ Clinical Therapist II on 12/9/2023 2:09:26 PM PST

Addendum by: ███████ Clinical Therapist II on 12/9/2023 2:30:51 PM PST

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | |  |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | **Booking Date:** | 11/25/2023 11:48:00 PM PST | **Release:** | | |

Date of Assessment 12/9/2023
Program: Southwest

Service Charge Code: 369NB - MH Individual

Service to Client: 1 hrs. 30 minutes

Documentation: 0 hrs. 30 minutes

Total Time Billed: 2 hours 0 minute

**Disclaimer: All sections of this assessment form must be reviewed and completed which includes completing a current mental status of the consumer. Some of the Mental Health screening information will automatically carry-over to this form. The information should be reviewed with the consumer and any additional information should be documented in the appropriate sections of this assessment.**

## Reason for Referral:

Chief Complaint and Presenting Problems:

(Use Consumer's words when possible, describe signs/symptoms, and duration)

Client seen for initial assessment and to address his KITE request.

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Fentanyl – onset since 2015, daily, 12/2023.

Heroin – onset since 2015, daily, last used prior to arrest.

Methamphetamine - onset since "several years ago", daily, last used prior to arrest.

Denied history of rehab programs.

39 year old, divorced, unemployed, homeless, heterosexual Caucasian male born and raised in Orange County, CA by his mother, father was never around, parents separated during client's childhood, one child who is in the care of their mother, one sibling, high school diploma, and previously worked in construction in 2020; denied any juvenile hall or sex crimes; history of prison—CCCMS, and violent crimes; no history of trauma; lacks protective factors; endorsed coping skills; and is future oriented.

He has history of polysubstance abuse. His primary concern is his substance use and his cravings may impact their daily and social functioning when not treated. He is a MAT participant. He is currently on COWS withdrawal protocol. He did not appear to be in distress.

Opioid use disorder

Stimulant use disorder

## Mental Health Screening Response:

1) Do you have any current mental health concerns or are you currently experiencing any mental health symptoms? If yes, please describe:

☐ Yes
☑ No

Inmate denied

2) Are you currently feeling hopeless or depressed? If yes, please rate below.

☑ Yes
☐ No

"Depression, 6"

8) Do you see or hear things that other people do not see or hear? If Yes, indicate whether Sober or Intoxicated below.

☐ Yes
☑ No

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Inmate denied

○ Sober
○ Intoxicated

9) Do you feel that others are out to get you or watching you or that you have made an important discovery, which has gone unrecognized? If Yes, please describe:

☐ Yes
☑ No

Inmate denied

## PSYCHOSOCIAL HISTORY

Family History. (Raised by whom, any siblings, experiences growing up).

39 year old homeless Caucasian male born and raised in Orange County, CA by his mother, father was never around, parents separated during client's childhood, and has one sibling.

Educational History (Special education, learning disabilities, highest grade/degrees completed):

high school diploma.

## Mental Health Screening Response:

20) Have you ever had any form of serious developmental or learning disability? If Yes, please describe.

☐ Yes
☑ No

Inmate denied

21) Have you ever received special education classes in school? If Yes, please describe.

☐ Yes
☑ No

Inmate denied

## 24) Highest Completed Education:

○ High School or Less
○ GED / High School Graduate
● Some College
○ Associate degree

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Current Allergies

No Known Drug Allergy

Psychiatric History/Mental Health Treatment (Past diagnoses, psychiatric/behavioral Health treatment, psychiatric holds/hospitalization and T-Con/LPS Conservatorship):

Denied any outpatient mental health services in the community.

Denied any psychiatric hospitalization.

Denied history of suicide.

Denied mental health in family.

## Mental Health Screening Response:

10) Have you ever received treatment for mental health issues in the community or during previous incarceration? If Yes, list diagnosis, when, what medication, location of treatment and provider name.

☐ Yes
☑ No

Inmate denied

ELMR: Detention x3

TechCare: Assessment 9-22-23, Opioid Dependency Meds per Techcare: Remeron, Buspar, Zyprexa

Safety Cell Aug 2023

11) Have you ever had a psychiatric hold or been hospitalized for psychiatric reasons? If Yes, when, where and how many times?

☐ Yes
☑ No

Inmate denied

Substance Use History (Current or past substance use, age at first use, amount used, frequency, duration, route of administration, last use and any treatment received)

Fentanyl – onset since 2015, daily, 12/2023.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

○ Bachelor's degree
○ Master's degree
○ Doctoral degree (Ph.D., M.D., J.D., etc.)
○ Refused to Answer

Social History – (Personal Relationships -Dating, Marital, social interactions/relationships with others, caregiver status or child custody issues):

divorced, one child who is in the care of their mother.

Culture – (Sexual Orientation, Cultural Traditions, Religious or Spiritual Path or Practices, etc.):

heterosexual

Vocational History: (Work history, job training, volunteer work, source of income or disability benefits).

unemployed, previously worked in construction in 2020.

Trauma History: (history of abuse, neglect victimization, exposure to violence, exploitation or another trauma experienced.)

Denied

## Mental Health Screening Response:

18) Have you ever experienced physical, sexual, or emotional abuse as a child or adult, in any setting including incarceration? If Yes, please describe.

☐ Yes

☑ No

Inmate denied

Legal History: (Criminal/Civil - history of arrests, convictions, sex offenses, current arrest/charges)

denied any juvenile hall or sex crimes; history of prison—CCCMS, and violent crimes.

Chronic Conditions:

Asthma

History of Seizures/Head Trauma

Denied

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:30 AM PST

# BH ADULT ASSESSMENT V2 - Completed by:

, CT I on 9/22/2023 7:45:29 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

Date of Assessment 9/22/2023
Program: Southwest

Service Charge Code: 369NB - MH Individual

Service to Client: 1 hrs. 10 minutes

Documentation: 1 hrs. 0 minutes

Total Time Billed: 2 hours 10 minutes

**Disclaimer: All sections of this assessment form must be reviewed and completed
which includes completing a current mental status of the consumer. Some of the
Mental Health screening information will automatically carry-over to this form. The
information should be reviewed with the consumer and any additional information
should be documented in the appropriate sections of this assessment.**

## Reason for Referral:

Chief Complaint and Presenting Problems:

(Use Consumer's words when possible, describe signs/symptoms, and duration)

Client was brought to CT's attention after Triage Sick Call interview on 9/22/2023 indicated need of BHA/CCP to assess for mental health services. Per chart review client rating shows as: MODERATE; MAT Accepted.

Client was seen by CT to conduct BH Adult Assessment V2. CT completed chart review, arranged client session with deputies, and met with client in the program room. CT introduced self, oriented client to purpose of meeting, and discussed limits of confidentiality. Notice of

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Vocational History: (Work history, job training, volunteer work, source of income or disability benefits).

Client reports work history is in construction

Trauma History: (history of abuse, neglect victimization, exposure to violence, exploitation or another trauma experienced.)

Client denied

## Mental Health Screening Response:

18) Have you ever experienced physical, sexual, or emotional abuse as a child or adult, in any setting including incarceration? If Yes, please describe.

☐ Yes
☑ No

Client denied.

Legal History: (Criminal/Civil - history of arrests, convictions, sex offenses, current arrest/charges)

2015 RVSD Cty, poss of firearm

Reports he did 3 terms in prison

San Bernardino jail for hit and run

RVSD for assault with deadly weapon

Current:Take Veh W/O Owner Consn(2 cts); Carry Con/Dirk or Dagger; Shoplifting; Poss Stolen Veh/Ves/Etc; Vio State Parole; Felony

Chronic Conditions:

Asthma

History of Seizures/Head Trauma

Client denied

Current Allergies

No Known Drug Allergy

Psychiatric History/Mental Health Treatment (Past diagnoses, psychiatric/behavioral Health treatment, psychiatric holds/hospitalization and T-Con/LPS Conservatorship):

Client reports mental health CCCMS in prison; MAT program; previously prescribed Buspar; Remeron; Vistaril until had to get off of the

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

due to politics in prison

## Mental Health Screening Response:

10) Have you ever received treatment for mental health issues in the community or during previous incarceration? If Yes, list diagnosis, when, what medication, location of treatment and provider name.

☐ Yes
☑ No

Client denied. Per Techcare: past rating of acute, mild, mod, modsevere, severe; hx of bipolar dx; psych meds hx, most recent in 2022. Per ELMR: 3 episodes in 2018-2021; no dx.

11) Have you ever had a psychiatric hold or been hospitalized for psychiatric reasons? If Yes, when, where and how many times?

☐ Yes
☑ No

Client denied.

Substance Use History (Current or past substance use, age at first use, amount used, frequency, duration, route of administration, last use and any treatment received)

Client reports since 2015 substance use is:

Methamphetamine 1/2 grm a day

Heroin 1/2 grm a day, IV and smoked until arrest

Fentanyl when it is around, 3 or 4 hits

## Mental Health Screening Response:

12) Have you ever used illegal drugs, abused alcohol or abused prescription medication? If Yes, describe type of drug, frequency, duration and last use.

☑ Yes
☐ No

fentanyl - onset: age 28; smokes 2 hits every 2-4 hours; last use today

COWS flagged; accepted MAT Program

Client reported he last took suboxone 5 days ago; unable to provide pharmacy details after repeatedly asked ; ROI not completed.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:36 AM PST

# URGENT – BEHAVIORAL HEALTH PROGRESS NOTE - Completed by: ▮▮▮▮▮ , Clinical Therapist II on

9/21/2023 6:50:17 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ▮▮▮▮▮ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

**Current Allergies**

No Known Drug Allergy

**Current Medical Conditions:**

Protective Custody, Moderate, MAT, Lower Tier, Lower Bunk, Do Not Release, COWS, Behavioral Health Services, Asthma, AB109

○ Emergent
◉ Urgent
○ Routine
○ Refused
○ DCU
○ Discharge Planning

Date of Service: 9/21/2023

Service Program: CBDC

Service Charge Code: 369NB - MH Individual

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service to Client: 0 hrs. 10 minutes

---

Service Charge Code:

Service to Client: hrs. minutes

---

Add additional service code?

☐ Yes
☐ No

Service Charge Code:

Prep Time: 0 hrs. 10 minutes

Wait Time: 0 hrs. 10 minutes

Documentation Time: 0 hrs. 10 minutes

Total Time Billed: 0 hour 40 minutes

Service Provided in Language Other Than English?

☐ Yes
☑ No

Language Service Provided in:

Practitioner Name: ███████████ LMFT

# RISK INDICATORS

## Current Risk Indicators at Time of Interview:

☑ None observed or reported          ☐ DTO          ☐ Grave Disability
☐ Self Harm                          ☐ Suicidal

Describe Risk Indicators:

---

Did not report SI/HI; no distress noted.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Discharge Plan: (From treatment and/or services needed upon discharge)

FBH staff will provide case management, individual/group therapy, post release referrals to medical, psychiatrist, and referrals to outside agencies for outpatient treatment, drug and alcohol treatment, housing, employment, and food resources upon discharge.

Does client agree with current plan?

☑ Yes

☐ No

Client agrees with current plan

Update BH – Mental Health Acuity Level if needed   ☐

Recommendation:

The recommendation is that client will attend all detention BH appointments for management of existing mental health symptoms as well as attending all psychiatric appointments if needed to address medication to help reduce the symptoms of his MH issues. Client will attend all clinical appointments to discuss coping skills to sustain and control his behavioral health wellbeing. FBH staff will follow up with client to ensure continuity of care while incarcerated.

**When any rating is Mild and above – BH Flag will remain unless rated. If rated None, then CT would have to manually deactivate the BH Flag.**

## Sick Call Completion

◯ Complete Scheduled Sick Call

Available Sick Calls

◯ Create and Complete Sick Call

Sick Call Types

◯ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:32 AM PST

# COLUMBIA SUICIDE SEVERITY RATING SCALE - Completed by: ███████ , CT I on 9/22/2023 7:33:00 PM PDT



| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

---

## Response Protocol to Screening Question with YES responses:

**Item 1 Create sick calls for follow-ups**

**Item 2 Create sick calls for follow-ups and address in care plan**

**Item 3 Create sick calls for follow-ups and address in care plan**

**Item 4 Place on Transitional Safety Cell follow up**

**Item 5 Upgrade acuity level and request monitored cell**

**Item 6 Create sick calls for follow-ups and address in care plan**

**Item 6 (Past Month) Recommend Upgrade acuity level and request monitored cell**

---

Patient refuses to comply with suicide screening

☐ Yes
☑ No

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes
☑ No

2) Have you actually had any thoughts of killing yourself?

☐ Yes
☑ No

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #8:

Notes:

Service Linkage to (if applicable):

Purpose of Service:CT met with client in response to traige sick call indicating "I need to get my suboxone maintinence. I had an active scrip from riverside community hospital on the streets. I was getting 24mg twice a day." See BH note 9/21/23. In addition BHA/CCP was completed.

Staff Interventions/Client Response:BHA/CCP was completed and Bridge Med was not verified in response to clients Kite submitted.

Outcome/Plan:Acuity Rating to remain MODERATE; MAT accepted; Bridge Med not verified with Riverside Community Hospital (see note 9/22/2023) BHA/CCP completed.

Additional Notes:

# RECOMMENDATION

Most recent MH Screening [ View ]

Client Care Plan [ View ]

Modify Appointments [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:33 AM PST

# BH BRIDGE MEDICATION — Completed by: [redacted] , CT I on

9/22/2023 7:07:46 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
| --- | --- | --- | --- | --- | --- |
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | [redacted] | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

Date of Service: 9/22/2023

Service Program: CBDC

Service Charge Code: 962CLT - Bridge Medication Verification

Service Provided in Language Other Than English?

☐ Yes

☑ No

1. Pharmacy name and phone number confirmed?

☑ Yes

☐ No

Riverside Community Hospital 951-788-3000

2. Name of each medication, dose prescribed and frequency of dosing (i.e. Prozac 20mg by mouth every morning or Prozac 20 mg PO QAM) confirmed?

☐ Yes

☑ No

Per [redacted] Pharmacisit: Suboxone, 1 dose, 8mg prescribed in Emergency Room August 17, 2023

3. Date client last picked up medication? 8/17/2023

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

**e.g. "I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it….and I would never go through with it. "**

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

**As opposed to "I have the thoughts but I definitely will not do anything about them."**

5) Have you started to work out or worked out the details of how to kill yourself? Did you intend to carry out this plan?

☐ Yes

☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes

☑ No

**Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.**

7) Was this within the past 3 months?

☐ Yes

☐ No

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:27 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ███████ , Clinical Therapist II on 7/12/2023 6:21:49 PM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | |  |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

## MH Acuity Level

- ☐ Acute
- ☐ Severe
- ☐ Stepdown to Moderate (from HLOC)
- ☐ Moderate
- ☑ Mild
- ☐ None

**Clinical Recommendations**

Inmate is a 38 year old White male, falling asleep, oriented, denied DTS, DTO, no reported mental health symptoms, had past mental health services, Last assessment 2021, plus medications. Reported substance uce, not eligible for MAT Program, is homeless.

**BH Assessment**

Medication eval

Acknowledged understanding he can submit a health care request form as needed.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:26 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ████████████ , Clinical Therapist II on 8/11/2023 5:24:38 PM PDT

Addendum by: ████████████ , Clinical Therapist II on 8/11/2023 6:19:30 PM PDT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | ████ | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | | |
| **Housing:** | ████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | | |
| **Status:** | ACTIVE | | | | | | |

## MH Acuity Level

- ☑ Acute
- ☐ Severe
- ☐ Stepdown to Moderate (from HLOC)
- ☐ Moderate
- ☐ Mild
- ☐ None

### Clinical Recommendations

Safety cell for DTS/DTO

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

REFUSED TO COME TO BOOTH. SO SEEN AT DOOR. REFUSED ROUTINE LABS. SAID, I AM FINE, CONTINUE MY MEDS. EDUCAITON DONE, HE SIGNED CONSENT. ABOVE SYMPTOMS GET LESS

## Psychosis (Current and/or Past Symptoms)

- [ ] None Evident
- [ ] Negative Symptoms/Affective Flattening/Directionless
- [ ] Other
- [x] Delusions
- [ ] Disorganized/Incoherent Speech
- [x] Hallucinations
- [ ] Disorganized/Catatonic Behavior

Describe (Psychosis):

IN THE PAST

## Mood-Depressive Symptoms (Current and/or Past Symptoms)

- [ ] None Evident
- [x] Feelings of Worthlessness/Guilt
- [ ] Insomnia/Hypersomnia
- [ ] Other
- [x] Depressed or Irritable Mood
- [ ] Significant Weight Loss or Gain
- [ ] Low Ability to Concentrate
- [x] Decreased Interest or Pleasure
- [ ] Motor Agitation/Retardation
- [ ] Fatigue/Loss of Energy

## Mood-Manic Symptoms (Current and/or Past Symptoms)

- [ ] None Evident
- [ ] Elevated, Expansive, or Irritable Mood
- [x] Low Need for Sleep
- [ ] Motor Agitation
- [x] Inflated Self-Esteem/Grandiose
- [ ] High in Pleasure Seeking
- [ ] High Goal-Directed Activity
- [ ] Other
- [x] Flight of Ideas/Racing Thoughts
- [ ] More Talkative
- [ ] Distractability

Describe (Mood-Depressive, Mood-Manic):

IN THE PAST

## Anxiety (Current and/or Past Symptoms)

- [x] None
- [ ] Excessive Anxiety/Worry
- [ ] Avoidance of Certain Situations
- [ ] Fear of Losing Control
- [ ] Other
- [ ] Repetitive Behaviors
- [ ] Recurrent Distressing Dreams
- [ ] Restlessness/Feeling on Edge
- [ ] Feeling as if Trauma were Reoccurring
- [ ] Irritability
- [ ] Derealization/Depersonalization
- [ ] Recurrent/Persistent Thoughts
- [ ] Muscle Tension

Describe (Anxiety):

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## PERSONALITY SYMPTOMS:

- ☐ None Evident
- ☐ Takes Advantage of Others for Self Gain
- ☐ Problems Controlling Anger/Irritability/Aggressiveness
- ☐ Mood React/Swings with Slow Return to Baseline
- ☐ Difficult/Intense Relationships with Others
- ☑ Choices without Thinking About Consequences
- ☐ Cognitive Distortion Under Emotional Distress
- ☐ Chronic SI/Non-Suicidal SIBs
- ☐ Chronic Emptiness/Boredom
- ☐ Abandonment Issues
- ☐ Disregard for Safety of Self/Others
- ☐ Identity Disturbance
- ☐ Lacks Empathy/Feelings and Other's Needs
- ☐ Interpersonally Exploitive
- ☐ Arrogant Behavior/Attitudes
- ☐ Unlawful BX/Theft/Property/Destruction

Describe (Personality Symptoms):

# MENTAL HEALTH HISTORY

## Has the inmate:

- ☐ Received treatment for mental health issues?

## Mental Health Screening Response:

Client denied

- ☐ Had any psychiatric hospitalizations?

## Mental Health Screening Response:

Client denied

- ☐ Current psychotropic medication (taking and prescribed)

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:44 AM PST

# BEHAVIORAL HEALTH PROGRESS NOTE
- Completed by: ████████████████ , Behavioral Health Specialist on 10/28/2021

10:34:59 AM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ██████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

### Current Allergies

No Known Drug Allergy

### Current Medical Conditions:

Moderately Severe, MAT, General Population, DGN10 F31.9 Bipolar disorder, unspecified, Behavioral Health Services, Asthma

○ Emergent
○ Urgent
◉ Routine
○ Refused
○ DCU
○ Discharge Planning

Date of Service: 10/27/2021

Service Program: Presley

Service Charge Code: 369NB - MH Individual

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #7:

☐ Goal #8:

Notes:

Service Linkage to (if applicable):N/A

Purpose of Service: Routine Follow-Up

Staff Interventions/Client Response:

CT conducted chart review. Consumer has current BHA completed BHMD 10/21/21, dx of Bipolar disorder, unspecified.

Per EMAR, consumer is Rx psychotropic medications and is complaint. CT verbally engaged consumer cellside during RSO security check. Consumer appeared asleep, but aroused when CT called hs name. CT introduced self/role and encouraged his participation in follow-up. Consumer refused and signed refusal form. CT completed CCP/Consents on consumer's behalf.

Outcome/Plan: FMH to f/u per protocol

Additional Notes: Per MH screening dated 10/13/21 "Rated MSV. Client reported current sxs of AH/VH and being stressed but was unable to describe sxs. Client presented with poor hygiene and has hx of being rated MSV or MOD. Current Rx from prison with psych meds. Possible downgrade if remains stable".

# RECOMMENDATION

Most recent MH Screening  [ View ]

Client Care Plan  [ View ]

Modify Appointments  [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

MSE Completed:

- ☐ Yes
- ☑ No

## Reason Why MSE Not Completed:

- ☑ Other
- ☐ No Face To Face with Client
- ☑ Not enough clinical info to complete MSE
- ☐ Out of Scope

Unable to assess. Consumer refused to participate.

## Note Addresses Which Goal:

- ☐ Goal #1:

- ☐ Goal #2:

- ☐ Goal #3:

- ☐ Goal #4:

- ☐ Goal #5:

- ☐ Goal #6:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:38 AM PST

# BEHAVIORAL HEALTH PROGRESS NOTE - Completed by: ████████, Clinical Therapist I on 12/6/2021 3:10:11 PM PST

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|----------|---------------------------|-----|-----------|-------|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ████████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

**Current Allergies**

No Known Drug Allergy

**Current Medical Conditions:**

Moderately Severe, MAT, General Population, DGN10 F31.9 Bipolar disorder, unspecified, Behavioral Health Services, Asthma

○ Emergent
○ Urgent
○ Routine
● Refused
○ DCU
○ Discharge Planning

Date of Service: 12/6/2021

Service Program: Presley

Service Charge Code: 369NB - MH Individual

Service to Client: hrs. 13 minutes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:37 AM PST

# BH HOUSING ASSIGNMENT — Completed by: ▮▮▮▮▮▮

, Clinical Therapist II on 8/11/2022 1:14:11 AM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ▮▮▮▮▮▮ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

- ☑ New Acuity
- ☐ Lengthy Sentence Response
- ☐ Safety Cell Placement
- ☐ Rehousing Request
- ☑ Cleared to House
- ☐ Monitored Cell

## MH Acuity Level (from BH - MENTAL HEALTH ACUITY LEVEL form OR Patient Flags):

- ☐ Acute
- ☐ Severe
- ☐ Stepdown to Moderate (from HLOC)
- ☐ Moderate
- ☐ Mild
- ☑ None

Comments:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:51 AM PST

# BH MAT PROGRESS NOTE - DISCONTINUED
- Completed by: ██████████ BHS III on 12/13/2021 9:46:36 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | ███ |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W |
| **Housing:** | ████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | |
| **Status:** | ACTIVE | | | | |

- [ ] Initial
- [ ] Routine
- [x] Discontinue
- [ ] Refuse

- [ ] Buprenorphine
- [ ] Naltrexone
- [ ] Naloxone
- [x] MAT Discharge Planning

- [x] BH MAT Progress Note
- [ ] BH MAT Medication Progress Note

Current Allergies

No Known Drug Allergy

Current Medical Conditions:

Asthma

Date of Service: 12/13/2021

Service Program: Presley

---

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #7:

☐ Goal #8:

Notes:

Purpose of Service: Discharge planning and resource packet

Staff Interventions/Client Response: Consumer is new to MMHU. BHS reviewed chart and JIMS. Consumer came from State prison and his medications were bridged by our psychiatrist. Consumer does not have a release date but goes to court on 10/26/2021. BHS went to meet with the consumer in the 5A attorney booth and stated her reason for meeting with him. Consumer reported that he is on probation and parole. Consumer stated tha he is unsure if he will be going back to prison but did request the resource packet. BHS will continue to monitor for release date and follow up with consumer next week after court.

Outcome/Plan:

# RECOMMENDATION

Most recent MH Screening  [ View ]

Client Care Plan  [ View ]

Modify Appointments  [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:59 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: Steven Bradbury , Clinical Therapist I on 2/9/2021 1:15:28 AM PST

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | SWC-GH53-GH53 | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

## MH Acuity Level

- ☐ Acute
- ☐ Severe
- ☐ Moderately Severe
- ☐ Moderate Stepdown
- ☑ Moderate
- ☐ Mild
- ☐ Minimal
- ☐ None
- ☐ No current Treatment need reported or observed

Clinical Recommendations

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:13:00 AM PST

# MENTAL HEALTH SCREENING - Completed by: 

Clinical Therapist II on 11/26/2023 2:54:44 PM PST

| | | | | | |
|---|---|---|---|---|---|
| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: |  |
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ▓▓▓▓ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | Booking Date: | 11/25/2023 11:48:00 PM PST | Release: | |

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| / | | | | | | | 6 | 3 |
| Weight | BMI | MAP | | | | | | |

**Current Allergies**

No Known Drug Allergy

**Screeners: All questions in this form must be asked with a response provided. By selecting the Yes box, you are acknowledging a positive response to the item and must complete the corresponding item(s) along with providing additional information in the matching text box. If you are selecting the No box, a text box is available and optional to provide clinical observation or additional information if needed.**

Date of Service: 11/26/2023

Service Program: CBDC

Service Charge Code: 369NB - MH Individual

## SUICIDE RISK ASSESSMENT

## Does/Has the inmate:

1) Do you have any current mental health concerns or are you currently experiencing any mental health symptoms? If yes, please

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:58 AM PST

# BH BRIDGE MEDICATION - Completed by: ██████████ ,

Clinical Therapist on 10/13/2021 4:43:23 PM PDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W |
| **Housing:** | ████████ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | |
| **Status:** | ACTIVE | | | | |



Date of Service: 10/13/2021

Service Program: Presley

Service Charge Code: 926CLT - Bridge Medication Verification

Service Provided in Language Other Than English?

☐ Yes
☑ No

1. Pharmacy name and phone number confirmed?

☑ Yes
☐ No

BHS received paper MAR for CDCR with information for consumers current prescription.

2. Name of each medication, dose prescribed and frequency of dosing (i.e. Prozac 20mg by mouth every morning or Prozac 20 mg PO QAM) confirmed?

☑ Yes
☐ No

Olanzapine 20 mg One tablet at bedtime

Cogentin 1 mg One tablet at bedtime

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Buprenorphine 8-2 mg Film- SL Take 1 film SL under tongue once a day

Mirtazapine 30 mg One tablet by mouth at bedtim

3. Date client last picked up medication? 10/12/2021

4. Was the medication pick up date confirmed as in range?

☑ Yes

☐ No

Consumer was transfered from CDCR and reported last taking medication on 10/12/21

5. Did you confirm the number of days of medication were supplied at the time the client last picked up the medication as in range?

☑ Yes

☐ No

Consumer was transfered from CDCR and reported last taking medication on 10/12/21

6. Was the date the client last consumed the medication confirmed?

☑ Yes

☐ No

Consumer was transfered from CDCR and reported last taking medication on 10/12/21

Additional Information:

Bridge Meds verified, doctor will be notified

☐ Yes

☑ No

Service to Client: 0 hrs. 10 minutes

Documentation: 0 hrs. 5 minutes

Total Time Billed: 0 hour 15 minutes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:57 AM PST

# NON FORMULARY REQUEST - Completed by: ,

Psychiatrist IV on 10/13/2021 4:45:04 PM PDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ▓▓▓▓▓▓ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

The inmate was verified by the community provider, clinic, or dispensing pharmacy to currently have this drug prescribed, there has been no break in therapy, the diagnosis is confirmed, the drug is clinically appropriate to the diagnosis, and transition to a formulary drug is not clinically appropriate/possible at this time.

☑ Yes

☐ No

taper off

The inmate had a consultation from a specialist.  The consultant was aware of our clinical drug options but still recommends this drug.

☐ Yes

☑ No

In my opinion there is no drug available on the formulary that can meet the clinical requirements for this inmate. List of formulary medication(s) already tried:

☐ Yes

☑ No

The inmate has a medical condition such as: transplant, HIV, hepatitis, cancer, dialysis, or post operative that requires this drug as recommended by a specialist. Condition:

☐ Yes

☑ No

The inmate is a State Hospital Returnee and it has been verified that he/she is stabilized on the current psychiatric medication regimen.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Yes
☑ No

## Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

---

**Buprenorphine HCl-Naloxone HCl Sublingual 4-1 MG Film**                    10/14/2021 - 10/16/2021

Place 4-1 mg under tongue once a day for 3 day(s). *bridge taper off.

▮▮▮▮ MD

---

### Drug Administration History

| Username | Stamp | Status | Note / Reason |
|---|---|---|---|
| ▮▮▮▮ License Vocational Nurse | 10/16/2021 1:39:27 PM | Administered | |
| ▮▮▮▮ License Vocational Nurse | 10/15/2021 1:57:06 PM | Not Administered - Court | |
| ▮▮▮▮, Licensed Vocational Nurse | 10/14/2021 2:49:24 PM | Not Administered - Medication Not Available | |

### Approvals/Denials

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:55 AM PST

# BH - MENTAL HEALTH ACUITY LEVEL

Completed by: ███████████ , Clinical Therapist I on 10/13/2021 6:28:36 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|----------|---------------------------|-----|-----------|-------|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ██████████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

## MH Acuity Level

- ☐ Acute
- ☐ Severe
- ☑ Moderately Severe
- ☐ Moderate Stepdown
- ☐ Moderate
- ☐ Mild
- ☐ Minimal
- ☐ None
- ☐ No current Treatment need reported or observed

### Clinical Recommendations

Rated MSV. Client reported current sxs of AH/VH and being stressed but was unable to describe sxs. Client presented with poor hygiene and has hx of being rated MSV or MOD. Current Rx from prison with psych meds. Possible downgrade if remains stable.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:56 AM PST

# MEDICATION PROGRESS NOTE - Completed by:

███ Psychiatrist IV on 10/13/2021 4:52:50 PM PDT



| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | HOOPINGARNER, JOSHUA RYAN | **#:** | 202348319 | **Lang:** | | |
| **DOB:** | 8/18/1984 (Age=39) | **Sex:** | M | **Race:** | W | |
| **Housing:** | ███ | **Court Date:** | 1/10/2024 8:30:00 AM | **Type:** | | |
| **Status:** | ACTIVE | | | | | |

## Face-to-Face w/in 24 Hrs

○ Yes
● No
○ Face-to-face w/Sound Privacy
○ Face-to-face, not private

Current Medical Conditions:

General Population, COWS, Asthma

Date of Service: 10/13/2021

Bridge Medications Services

☐ Yes
☑ No

Service Program: Presley

Service Charge Code: 453NB - Medication Services

Service Provided in Language Other Than English?

☐ Yes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #6:

☐ Goal #7:

☐ Goal #8:

Narcan and Narcan Training offered?

☐ Yes

☑ No

## Narcan and Narcan Training accepted

○ Yes

○ No

○ Refused to Answer

Notes:

MAT Referal

Client seen for MH screening. Bridge meds for Suboxone, Client accepted MAT program.

## RECOMMENDATION

Most recent MH Screening  [ View ]

Client Care Plan  [ View ]

Modify Appointments  [ View ]

☐ BH - Mental Health Acuity Level

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:12:54 AM PST

# BH MAT PROGRESS NOTE - INITIAL

Completed by: ████████████ , Clinical Therapist I on 10/13/2021 6:38:15 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ████████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

- ☑ Initial
- ☐ Routine
- ☐ Discontinue
- ☐ Refuse

- ☑ Buprenorphine
- ☐ Naltrexone
- ☐ Naloxone
- ☐ MAT Discharge Planning

- ☑ BH MAT Progress Note
- ☐ BH MAT Medication Progress Note

Current Allergies

No Known Drug Allergy

Current Medical Conditions:

Moderately Severe, MAT, General Population, COWS, Behavioral Health Services, Asthma

Date of Service: 10/13/2021

Service Program: Presley

Service Charge Code: 369NB - MH Individual

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

# RECOMMENDATION

Most recent MH Screening [ View ]

Client Care Plan [ View ]

Modify Appointments [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## Housing Assignment:

○ General Population
○ Segregation/Confinement
○ Psychiatric
● Other

## Other Housing Assignment Notes:

Rated MSV. Client reported current sxs of AH/VH and being stressed but was unable to describe sxs. Client presented with poor hygiene and has hx of being rated MSV or MOD. Current Rx from prison with psych meds. Possible downgrade if remains stable.

## Discharge Planning:

☐ Outpatient Mental Health     ☑ Drug/Alcohol Treatment     ☐ Housing Assistance
☐ SSI/SSDI Assistance          ☐ Resource Info Packet        ☐ Other

Discharge needs reviewed with inmate?

☑ Yes
☐ No

Do you currently receive or have you ever received SSI and/or SSDI?

☐ Yes
☑ No

## What was the last month and year that you received benefits?

Month: Year:

## Substance Abuse Treatment(s)

☐ SAPT(Substance Abuse Preventative Treatment)
☑ MAT(Medicated Assistant Treatment)

Would you like to set the MAT Flag?

☑ Yes
☐ No

☑ BH-Mental Health Acuity Level

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service to Client: 0 hrs. 30 minutes

Documentation: 0 hrs. 10 minutes

Total Time Billed: 0 hour 40 minutes

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

## 24) Highest Completed Education:

○ High School or Less
○ GED / High School Graduate
◉ Some College
○ Associate degree
○ Bachelor's degree
○ Master's degree
○ Doctoral degree (Ph.D., M.D., J.D., etc.)
○ Refused to Answer

## BRIDGE MEDICATION VERIFICATION

25) Do you have an active prescription of psychotropic medication and are you currently taking the medication?

☐ Yes
☑ No

Psychotropic Medications:

☐ Yes
☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

## DETERMINATION / PLAN

☑ BH - Acuity Rating Level
☐ Behavioral Health Appointment Needed
☐ Substance Use Treatment(s) - complete items below

## Substance Abuse Treatment(s):

☐ SAPT (Substance Abuse Preventative Treatment)
☐ MAT (Medicated Assistant Treatment)

Would you like to set the MAT Flag?

☐ Yes
☐ No

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Yes
☒ No

Client denied

Would you like to set the PREA flag (occurred during incarceration)?

☐ Yes
☐ No

## Receiving screen response:

19) Have you ever had charges or convictions of a sex crime or violent crime? If Yes, please describe.

☒ Yes
☐ No

20) Have you ever had any form of serious developmental or learning disability? If Yes, please describe.

☐ Yes
☒ No

Client denied

## Receiving screen response:

21) Have you ever received special education classes in school? If Yes, please describe.

☐ Yes
☒ No

Client denied

22) Homeless at the time of booking?

☐ Yes
☒ No

Client denied

23) Are you a U.S. Veteran?

☐ Yes
☒ No

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #5:

☐ Goal #6:

☐ Goal #7:

☐ Goal #8:

Notes:

Service Linkage to (if applicable):

Purpose of Service: To address triage sick call indicating "I need to get my suboxone maintinence. I had an active scrip from riverside community hospital on the streets. I was getting 24mg twice a day."

Client rated MOD. Pending BHA/CCP appt. MAT participant.

Staff Interventions/Client Response: CT conducted chart review in preperation for session. CT coordinated with F pod deputies to meet with client in program room. However, due to multiple pod activities and time constraints, CT was unable to.

CT met with client cell-side to inform client that his kite has been received. Reiterated to cliet that it was not a confidential setting;Informed client that he would be seen to address his triage kite; he stated "okay thank you; I appreciate it". He did not appear in distress and did not report safety concerns.

Outcome/Plan: Client rescheduled for triage sick call 9/22/23. Instructed to kite as needed.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Cell Conditions (clean, unkept, etc): ☐ N/A

Appeared clean and appropriate

MSE Completed:

☐ Yes
☑ No

## Reason Why MSE Not Completed:

☐ Other
☐ No Face To Face with Client
☑ Not enough clinical info to complete MSE
☐ Out of Scope

## Note Addresses Which Goal:

☐ Goal #1:

Treatment Goal: treatment goal 1

Client will participate in BH services in non-crisis situations at least 1x per month as evidence by attendance in group, completing BH MD follow up appointments, and meeting for individual therapy or counseling over the next 12 months.

☐ Goal #2:

☐ Goal #3:

☐ Goal #4:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Cell Conditions (clean, unkept, etc):    ☐ N/A

MSE Completed:

☐ Yes

☐ No

## Note Addresses Which Goal:

☐ Goal #1:

Treatment Goal: treatment goal 1

Client will participate in BH services in non-crisis situations at least 1x per month as evidence by attendance in group, completing BH MD follow up appointments, and meeting for individual therapy or counseling over the next 12 months.

☐ Goal #2:

☐ Goal #3:

☐ Goal #4:

☐ Goal #5:

☐ Goal #6:

☐ Goal #7:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service to Client: 0 hrs. 0 minutes

---

Service Charge Code:

Service to Client:  hrs.  minutes

---

Add additional service code?

☐ Yes
☐ No

Service Charge Code:

Prep Time: 0 hrs. 5 minutes

Wait Time:  hrs.  minutes

Documentation Time: 0 hrs. 5 minutes

Total Time Billed: 0 hour 10 minutes

Service Provided in Language Other Than English?

☐ Yes
☐ No

Language Service Provided in:

Practitioner Name:

# RISK INDICATORS

## Current Risk Indicators at Time of Interview:

☐ None observed or reported          ☐ DTO          ☐ Grave Disability
☐ Self Harm                          ☐ Suicidal

Describe Risk Indicators:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:37 AM PST

# ADDENDUM — Completed by: ████████, CT I on 9/20/2023 5:12:50 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ████████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

## Addendum for:

## URGENT – BEHAVIORAL HEALTH PROGRESS NOTE 9/20/2023 4:53:56 PM

Client will be scheduled for another day.

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Additional Notes:

# RECOMMENDATION

Most recent MH Screening  [ View ]

Client Care Plan  [ View ]

Modify Appointments  [ View ]

☐ BH - Mental Health Acuity Level

## Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Describe Risk Indicators:

Cell Conditions (clean, unkept, etc.):    ☐ N/A

MSE Completed:

☐ Yes

☐ No

## Note Addresses Which Goal:

☐ Goal #1:

Treatment Goal: treatment goal 1

Client will participate in BH services in non-crisis situations at least 1x per month as evidence by attendance in group, completing BH MD follow up appointments, and meeting for individual therapy or counseling over the next 12 months.

☐ Goal #2:

☐ Goal #3:

☐ Goal #4:

☐ Goal #5:

☐ Goal #6:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #7:

☐ Goal #8:

Notes:

Unable to meet with client as he was at court; PM shift will be informed of the missed session.

# RECOMMENDATION

Most recent MH Screening [ View ]

Client Care Plan [ View ]

Modify Appointments [ View ]

☐ BH - Mental Health Acuity Level

# Sick Call Completion

○ Complete Scheduled Sick Call

Available Sick Calls:

○ Create and Complete Sick Call

Sick Call Types:

○ This visit does not require a sick call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:38 AM PST

# URGENT – BEHAVIORAL HEALTH PROGRESS NOTE

- Completed by: ███████ , CT I on 9/20/2023 4:53:56 PM

PDT

Addendum by: ███████ , CT I on 9/20/2023 5:12:50 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|----------|---------------------------|-----|-----------|-------|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ███████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

---

**Current Allergies**

No Known Drug Allergy

---

**Current Medical Conditions:**

Protective Custody, Moderate, MAT, Lower Tier, Lower Bunk, Do Not Release, COWS, Behavioral Health Services, Asthma, AB109

---

○ Emergent

◉ Urgent

○ Routine

○ Refused

○ DCU

○ Discharge Planning

---

Date of Service: 9/20/2023

---

Service Program: CBDC

---

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service Charge Code: 965CLT - Client Support

Service to Client: 0 hrs. 10 minutes

Service Charge Code:

Service to Client: hrs. minutes

Add additional service code?

☐ Yes
☐ No

Service Charge Code:

Prep Time: hrs. minutes

Wait Time: hrs. minutes

Documentation Time: hrs. minutes

Total Time Billed: 0 hour 10 minutes

Service Provided in Language Other Than English?

☐ Yes
☐ No

Language Service Provided in:

Practitioner Name:

# RISK INDICATORS

## Current Risk Indicators at Time of Interview:

☐ None observed or reported          ☐ DTO          ☐ Grave Disability
☐ Self Harm                          ☐ Suicidal

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328



County of Riverside
4000 Orange St.
Riverside, CA 92501

1/10/2024 7:11:40 AM PST

# BH MAT PROGRESS NOTE - DISCONTINUED
- Completed by: ███████████, BH Specialist III on

9/26/2023 2:55:38 PM PDT

| Patient: | HOOPINGARNER, JOSHUA RYAN | #: | 202348319 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 8/18/1984 (Age=39) | Sex: | M | Race: | W |
| Housing: | ██████████ | Court Date: | 1/10/2024 8:30:00 AM | Type: | |
| Status: | ACTIVE | | | | |

☐ Initial        ☐ Routine                    ☑ Discontinue
☐ Refuse

☐ Buprenorphine      ☐ Naltrexone          ☐ Naloxone
☑ MAT Discharge Planning

☑ BH MAT Progress Note      ☐ BH MAT Medication Progress Note

Current Allergies

No Known Drug Allergy

Current Medical Conditions:

Protective Custody, DGN10 F15.2 Other stimulant dependence, DGN10 F11.2 Opioid dependence, Moderate, MAT, Lower Tier, Lower Bunk, Do Not Release, Behavioral Health Services, Asthma, AB109

Date of Service: 9/26/2023

Service Program: CBDC

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Service Charge Code: 965CLT - Client Support

Service to Client: hrs. 10 minutes

Service Charge Code:

Service to Client: hrs. minutes

Add additional service code?

☐ Yes

☑ No

Prep Time: hrs. minutes

Wait Time: hrs. minutes

Documentation Time: hrs. 5 minutes

Total Time Billed: 0 hour 15 minutes

Service Provided in Language Other Than English?

☐ Yes

☑ No

Language Service Provided in:

# RISK INDICATORS

## Current Risk Indicators at Time of Interview:

☑ None observed or reported        ☐ DTO        ☐ Grave Disability

☐ Self Harm        ☐ Suicidal

Describe Risk Indicators:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

☐ Goal #6:

☐ Goal #7:

☐ Goal #8:

Narcan and Narcan Training offered?

☐ Yes

☐ No

## Narcan and Narcan Training accepted

○ Yes

○ No

○ Refused to Answer

Notes:

Client released on 09/26/2023 . Discharged from Mat Que

## RECOMMENDATION

Most recent MH Screening [ View ]

Client Care Plan [ View ]

Modify Appointments [ View ]

☐ BH - Mental Health Acuity Level

## Sick Call Completion

○ Complete Scheduled Sick Call

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328

Cell Conditions (clean, unkept, etc):    ☑ N/A

MSE Completed:

☐ Yes

☑ No

## Reason Why MSE Not Completed:

☐ Other

☑ No Face To Face with Client

☐ Not enough clinical info to complete MSE

☐ Out of Scope

## Note Addresses Which Goal:

☐ Goal #1:

Treatment Goal: treatment goal 1

Client will participate in BH services in non-crisis situations at least 1x per month as evidence by attendance in group, completing BH MD follow up appointments, and meeting for individual therapy or counseling over the next 12 months.

☐ Goal #2:

☐ Goal #3:

☐ Goal #4:

☐ Goal #5:

HOOPINGARNER, JOSHUA RYAN 202348319

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA WELFARE AND
INSTITUTIONS CODE. SECTION 5328