UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-02351-ODW-SK | Date | February 18, 2026 |
|---|---|---|---|
| Title | John R. Hoopingarner v. County of Riverside, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On September 8, 2025, Plaintiff John R. Hoopingarner, proceeding in forma pauperis, filed this action under 42 U.S.C. 1983 alleging deliberative indifference to his medical needs as a pretrial detainee against Riverside County, Riverside County Sheriff Chad Bianco, and twenty doe defendants. (ECF 1, 12). Originally, the court ordered plaintiff to serve the summons and complaint on all named defendants no later than December 7, 2025. (ECF 7). On December 5, 2025, plaintiff filed a request for an extension of time to effect service. (ECF 13). The court granted plaintiff an extension through January 19, 2026 to serve the summons and complaint on all defendants. (ECF 15). As of the date of this order, the court has received no proof of service indicating that defendants have been served with the summons and First Amended Complaint. (ECF 12). Despite this generous extension, plaintiff has still failed to effect service on defendants as required by the Federal Rules of Civil Procedure and the Local Rules of this court. *See* Fed. R. Civ. P. 4; L.R. 4-1; L.R. 4-6.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE on or before **March 11, 2026** why this action should not be dismissed for plaintiff's failure to serve and prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may discharge this show-cause order by effecting proper service of the summons and First Amended Complaint on all defendants and by filing proper and compliant proofs of service, as previously ordered, by **March 11, 2026**. Alternatively, if plaintiff no longer wishes to pursue this action for any reason, plaintiff may voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(1) without prejudice using the attached Form CV-09x. Otherwise, failure to timely respond in writing to this order by the show-cause deadline may lead to involuntary dismissal of this action without further notice—with or without prejudice—for lack of prosecution and noncompliance with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-02351-ODW-SK | Date | February 18, 2026 |
|---|---|---|---|
| Title | John R. Hoopingarner v. County of Riverside, et al. | | |

court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1; *see also* L.R. 41-6 (failure of pro se plaintiff to keep court apprised of current address).

IT IS SO ORDERED.