UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-02351-ODW-SK | Date | March 25, 2026 |
|---|---|---|---|
| Title | John R. Hoopingarner v. County of Riverside, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **FINAL ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On September 8, 2025, Plaintiff John R. Hoopingarner, proceeding in forma pauperis, filed this action under 42 U.S.C. 1983 alleging deliberative indifference to his medical needs as a pretrial detainee against Riverside County, Riverside County Sheriff Chad Bianco, and twenty doe defendants. (ECF 1, 12). Originally, the court ordered plaintiff to serve the summons and complaint on all named defendants no later than December 7, 2025. (ECF 7). On December 5, 2025, plaintiff filed a request for an extension of time to effect service. (ECF 13). The court granted plaintiff an extension through January 19, 2026 to serve the summons and complaint on all defendants. (ECF 15). On February 18, 2026, with plaintiff *still* having failed to file any proof of service, the court ordered plaintiff to show cause by March 11, 2026 as to why this action should not be dismissed for plaintiff's failure to serve and to prosecute this action. (ECF 17). The court clearly informed plaintiff that he could discharge the show-cause order by "effecting proper service of the summons and First Amended Complaint on all defendants and by filing proper and compliant proofs of service, as previously ordered," or by voluntarily dismissing this action. (*Id.*).

As of the date of this order, the court has received *no written response* from plaintiff despite the court's previous show-cause order, let alone any proof of service indicating that defendants have been served with the summons and First Amended Complaint. (ECF 12). Despite multiple generous extensions, plaintiff has still failed to effect service on defendants as required by the Federal Rules of Civil Procedure and the Local Rules of this court. *See* Fed. R. Civ. P. 4; L.R. 4-1; L.R. 4-6. For this reason, plaintiff is ORDERED TO SHOW CAUSE on or before **April 8, 2026** why this action should not be dismissed for plaintiff's failure to serve and prosecute. *See* Fed. R. Civ. P. 4(m); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962) (the court has inherent power to dismiss for lack of prosecution on its own motion).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-02351-ODW-SK | Date | March 25, 2026 |
|---|---|---|---|
| Title | John R. Hoopingarner v. County of Riverside, et al. | | |

Plaintiff may discharge this show-cause order by voluntarily dismissing this action under Federal Rule of Civil Procedure 41(a)(1) without prejudice, that is, just by signing, dating, and returning the attached Form CV-09x.  Otherwise, if Plaintiff fails to show cause as to why he has not timely served the named Defendants or fails to timely respond in writing to this order, this case may be involuntarily dismissed without further notice for lack of prosecution and noncompliance with court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1; *see also* L.R. 41-6 (failure of pro se plaintiff to keep court apprised of current address).

IT IS SO ORDERED.